**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | |
| Molycorp, Inc., a Delaware corporation, | : | Chapter 11 |
| Debtor. | : | Case No. 15-11357 (CSS) |
| Employer's Tax Identification No.: 27-2301797 | : | |
| In re | : | |
| Industrial Minerals, LLC, a Delaware limited liability company, | : | Chapter 11 |
| Debtor. | : | Case No. 15-11358 (CSS) |
| Employer's Tax Identification No.: N/A | : | |
| In re | : | |
| Magnequench, Inc., a Delaware corporation, | : | Chapter 11 |
| Debtor. | : | Case No. 15-11359 (CSS) |
| Employer's Tax Identification No.: 35-2081833 | : | |

| In re<br><br>Magnequench International, Inc.,<br>a Delaware corporation,<br><br>Debtor.<br><br>Employer's Tax Identification No.: 13-3837801 | Chapter 11<br><br>Case No. 15-11360 (CSS) |
|---|---|
| In re<br><br>Magnequench Limited,<br>a Barbados company,<br><br>Debtor.<br><br>Employer's Tax Identification No.: N/A | Chapter 11<br><br>Case No. 15-11361 (CSS) |
| In re<br><br>Molycorp Advanced Water Technologies, LLC,<br>a Delaware limited liability company,<br><br>Debtor.<br><br>Employer's Tax Identification No.: 46-1571628 | Chapter 11<br><br>Case No. 15-11362 (CSS) |
| In re<br><br>MCP Callco ULC,<br>a Canadian unlimited liability company,<br><br>Debtor.<br><br>Employer's Tax Identification No.: N/A | Chapter 11<br><br>Case No. 15-11363 (CSS) |

------------------------------------------------------------x

In re

MCP Canada Holdings ULC,
a Canadian unlimited liability company,

Debtor.

Employer's Tax Identification No.: N/A

Chapter 11

Case No. 15-11364 (CSS)

------------------------------------------------------------x

In re

MCP Canada Limited Partnership,
a Canadian limited liability partnership,

Debtor.

Employer's Tax Identification No.: N/A

Chapter 11

Case No. 15-11365 (CSS)

------------------------------------------------------------x

In re

MCP Exchangeco Inc.,
a Canadian corporation,

Debtor.

Employer's Tax Identification No.: N/A

Chapter 11

Case No. 15-11366 (CSS)

------------------------------------------------------------x

In re

Molycorp Chemicals & Oxides, Inc.,
a Delaware corporation,

Debtor.

Employer's Tax Identification No.: 94-3168647

Chapter 11

Case No. 15-11367 (CSS)

| | | |
|---|---|---|
| In re<br><br>Molycorp Luxembourg Holdings S.à r.l.,<br>a Luxembourg *société à responsabilité limitée*,<br><br>Debtor.<br><br>Employer's Tax Identification No.: N/A | : | Chapter 11<br><br>Case No. 15-11368 (CSS) |
| In re<br><br>Molycorp Metals & Alloys, Inc.,<br>a Delaware corporation,<br><br>Debtor.<br><br>Employer's Tax Identification No.: 36-4289242 | : | Chapter 11<br><br>Case No. 15-11369 (CSS) |
| In re<br><br>Molycorp Minerals Canada ULC,<br>a Canadian unlimited liability company,<br><br>Debtor.<br><br>Employer's Tax Identification No.: N/A | : | Chapter 11<br><br>Case No. 15-11370 (CSS) |
| In re<br><br>Molycorp Minerals, LLC,<br>a Delaware limited liability company,<br><br>Debtor.<br><br>Employer's Tax Identification No.: 26-2814170 | : | Chapter 11<br><br>Case No. 15-11371 (CSS) |

| | | |
|---|---|---|
| In re<br><br>Molycorp Rare Metals Holdings, Inc.,<br>a Delaware corporation,<br><br>Debtor.<br><br>Employer's Tax Identification No.: 80-0134615 | : | Chapter 11<br><br>Case No. 15-11372 (CSS) |
| In re<br><br>Molycorp Rare Metals (Utah), Inc.,<br>a Utah corporation,<br><br>Debtor.<br><br>Employer's Tax Identification No.: 87-0457445 | : | Chapter 11<br><br>Case No. 15-11373 (CSS) |
| In re<br><br>Neo International Corp.,<br>a Barbados company,<br><br>Debtor.<br><br>Employer's Tax Identification No.: N/A | : | Chapter 11<br><br>Case No. 15-11374 (CSS) |
| In re<br><br>PP IV Mountain Pass Inc.,<br>a Delaware corporation,<br><br>Debtor.<br><br>Employer's Tax Identification No.: 26-3021205 | : | Chapter 11<br><br>Case No. 15-11375 (CSS) |

| | | |
|---|---|---|
| In re | : | |
| PP IV Mountain Pass II, Inc., a Delaware corporation, | : | Chapter 11 |
| | : | Case No. 15-11376 (CSS) |
| Debtor. | : | |
| Employer's Tax Identification No.: 27-2275361 | : | |

| | | |
|---|---|---|
| In re | : | |
| RCF IV Speedwagon Inc., a Delaware corporation, | : | Chapter 11 |
| | : | Case No. 15-11377 (CSS) |
| Debtor. | : | |
| Employer's Tax Identification No.: 26-2810845 | : | **Ref Docket No. 2** |

**ORDER AUTHORIZING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**

This matter coming before the Court on the Motion of the Debtors for an Order Directing the Joint Administration of Their Chapter 11 Cases (the "Motion"),[1] filed by the above-captioned debtors (collectively, the "Debtors"); the Court having reviewed the Motion and the First Day Declaration; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) relief under Motion is appropriate under the

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

circumstances and authorized by Local Rule 1015-1; and after due deliberation the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; and good and sufficient cause having been shown;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The above-captioned chapter 11 cases shall be consolidated for procedural purposes only and shall be administered jointly. The Clerk of the Court shall maintain one file and one docket for all of these jointly administered cases, which file and docket for each respective chapter 11 case shall be the file and docket for Molycorp, Inc. (the "Parent Case"), Case No. 15-11357 (CSS).

3. Parties in interest are directed to use the Proposed Caption annexed hereto as Exhibit 1 when filing pleadings with the Court in the chapter 11 cases of the Debtors indicating that the pleading relates to the jointly administered chapter 11 cases of "Molycorp, Inc., *et al.*" The consolidated caption satisfies the requirements of section 342(c) of the Bankruptcy Code in all respects.

4. A docket entry shall be made on the docket in each of the above-captioned cases (other than the Parent Case) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Molycorp, Inc.; Industrial Minerals, LLC; Magnequench, Inc.; Magnequench International, Inc.; Magnequench Limited; Molycorp Advanced Water Technologies, LLC; MCP Callco ULC; MCP Canada Holdings ULC; MCP Canada Limited Partnership; MCP Exchangeco Inc.; Molycorp Chemicals & Oxides, Inc.; Molycorp Luxembourg Holdings S.à. r.l.; Molycorp Metals & Alloys, Inc.; Molycorp Minerals Canada ULC; Molycorp Minerals, LLC; Molycorp Rare Metals Holdings, Inc.; Molycorp Rare Metals (Utah), Inc.; Neo International Corp.; PP IV Mountain Pass Inc.; PP IV Mountain Pass II, Inc.; and RCF IV Speedwagon Inc. The

docket of Molycorp, Inc., Case No. 15-11357 (CSS), should be consulted for all matters affecting this case.

5. Nothing contained in this Order shall be deemed or construed as directing or otherwise effectuating a substantive consolidation of the above-captioned chapter 11 cases.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: June 26, 2015
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE