**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| MOLYCORP MINERALS, LLC, *et al.*,[1] | Case No. 15-11371 (CSS) (Jointly Administered) |
| Debtors. | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF**
**WELLS FARGO BANK, NATIONAL ASSOCIATION, AS INDENTURE**
**TRUSTEE AND COLLATERAL AGENT, PURSUANT TO FED. R.**
**BANKR. P. 2002 AND 9010 AND DEL. BANKR. L.R. 2002-1(d)**

PLEASE TAKE NOTICE THAT, pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* ("Bankruptcy Code"), and Del. Bankr. L.R. 2002-1(d), the counsel listed below enter their appearance for Wells Fargo Bank, National Association ("Wells Fargo"), as collateral agent, and request that Wells Fargo be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices, and other papers, filed or served, in these cases or any proceeding therein, be served upon the below-listed counsel for Wells Fargo at the following mailing or e-mail addresses or facsimile numbers:

---

[1]  The Debtors are the following 6 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Industrial Minerals, LLC; Molycorp Advanced Water Technologies, LLC ( 1628); Molycorp Minerals, LLC ( 4170); PP IV Mountain Pass, Inc. ( 1205); PP IV Mountain Pass II, Inc. (5361); and RCF IV Speedwagon Inc. (0845).

Kurt F. Gwynne, Esq
J. Cory Falgowski, Esq.
REED SMITH LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7555
Facsimile: (302) 778-7575
Email: kgwynne@reedsmith.com
Email: jfalgowski@reedsmith.com

Eric A. Schaffer, Esq.
Luke A. Sizemore, Esq.
REED SMITH LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: eschaffer@reedsmith.com
Email: lsizemore@reedsmith.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints, disclosure statements, plans, or demands, whether formal or informal, written or oral or transmitted or conveyed by mail delivery, telephone, telegraph, or otherwise, in these cases.

This notice of appearance and any subsequent appearance, pleading, claim, or suit are not intended as, nor shall be deemed, a consent to or waiver of Wells Fargo's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claim, actions, defenses, setoffs, or recoupments to which Wells Fargo is or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated:  April 19, 2016
        Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By:    */s/ J. Cory Falgowski*
        Kurt F. Gwynne (No. 3951)
        J. Cory Falgowski (No. 4546)
        1201 Market Street, Suite 1500
        Wilmington, DE  19801
        Phone:  (302) 778-7500
        Facsimile:  (302) 778-7575
        Email:  kgwynne@reedsmith.com
        Email:  jfalgowski@reedsmith.com

        and

        Eric A. Schaffer, Esquire
        Luke A. Sizemore, Esquire
        225 Fifth Avenue. Suite 1200
        Pittsburgh PA 15222
        Telephone: (412) 288-3131
        Facsimile: (412) 288-3063
        Email:  eschaffer@reedsmith.com
        Email:  lsizemore@reedsmith.com

        *Counsel to Wells Fargo Bank, National*
        *Association, as indenture trustee and*
        *collateral agent*