## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

-------------------------------------------------------------x

| | | |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 15-11357 (CSS) |
| | : | Confirmed |
| MOLYCORP, INC., *et al.*,[1] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Ref Docket Nos. 1495, 1559, 1580, 1627** |

-------------------------------------------------------------x

| | | |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 15-11371 (CSS) |
| MOLYCORP MINERALS, LLC, *et al.*,[2] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

-------------------------------------------------------------x

## OCM MLYCO CTB LTD.'S NOTICE OF APPEAL
## OF THE BANKRUPTCY COURT'S APRIL 20, 2016 RULING

Pursuant to 28 U.S.C. § 158(a), OCM MLYCo CTB Ltd. ("Oaktree") hereby files this Notice of Appeal of this Court's ruling on April 20, 2016 (the "Ruling"), a copy of the April 20, 2016 hearing transcript [D.I. 1627] is attached hereto as Exhibit A, and further appeals the following:  (I) solely to the extent the Ruling is a clarification of the Court's prior order

---

[1]     The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Molycorp, Inc. (1797); Magnequench, Inc. (1833); Magnequench International, Inc. (7801); Magnequench Limited; MCP Callco ULC; MCP Canada Holdings ULC; MCP Canada Limited Partnership; MCP Exchangeco Inc.; Molycorp Chemicals & Oxides, Inc. (8647); Molycorp Luxembourg Holdings S.à.r.l.; Molycorp Metals & Alloys, Inc. (9242); Molycorp Minerals Canada ULC; Molycorp Rare Metals Holdings, Inc. (4615); Molycorp Rare Metals (Utah), Inc. (7445); Neo International Corp.

[2]     The Debtors are the following 6 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Industrial Minerals, LLC; Molycorp Advanced Water Technologies, LLC ( 1628); Molycorp Minerals, LLC (4170); PP IV Mountain Pass, Inc. (1205); PP IV Mountain Pass II, Inc. (5361); and RCF IV Speedwagon Inc. (0845).

approving the 10% Noteholders Group Settlement,[3] and/or such order incorporates the applicable

terms of the 10% Noteholders Group Settlement, the Court's Findings of Fact, Conclusions of

Law and Order Confirming the Debtors' Fourth Amended Joint Plan of Reorganization, entered

April 8, 2016 [D.I. 1580] (the "Confirmation Order"), a copy of which is attached hereto as

Exhibit B, and (II) solely to the extent the Ruling is a clarification of such order, and/or such

order incorporates the applicable terms of the 10% Noteholders Group Settlement, the Order (A)

Approving Asset Purchase Agreement, (B) Approving the Sale of Certain Molycorp Minerals

Assets to the Purchaser Free and Clear of All Liens, Claims, Encumbrances, and Other Interests

Pursuant to Bankruptcy Code Sections 105(a), 363(b), (f), (k), and (m), (C) Approving

Assumption and Assignment of Certain Executory Contracts Free and Clear of All Liens,

Claims, Encumbrances, and Other Interests Pursuant to Bankruptcy Code Sections 363 and 365,

and (D) Granting Related Relief, entered on April 5, 2016 [D.I. 1559], a copy of which is

attached hereto as Exhibit C (the "Sale Order," and together with the Ruling and the

Confirmation Order, the "Orders").[4]  The prescribed fee accompanies this Notice of Appeal.

        The names of the parties to the Orders appealed from and the names, addresses,

and telephone numbers of their respective attorneys are as follows:

Appellant

OCM MLYCo CTB Ltd.

*Represented by:*

Robert J. Dehney (No. 3578)

---

[3]     *See* Notice of: (I) 10% Noteholders Group Settlement Among the Ad Hoc 10% Noteholders, the Debtors,
        Oaktree and the Creditors' Committee; and (II) Certain Related Matters Regarding Confirmation & Sale
        Hearing, dated March 25, 2016 [D.I. 1495].

[4]     Oaktree is only appealing the Confirmation Order and the Sale Order, to the extent that the Ruling is
        determined to be a clarification of such prior orders of the Court.  Moreover, the April 19, 2016 letter from
        A. Leblanc to Judge Sontchi, attached hereto as Exhibit D, shall be treated as a motion pursuant to Federal
        Rule of Bankruptcy Procedure 9023.

Gregory W. Werkheiser (No. 3553)
Andrew R. Remming (No. 5120)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899
Telephone:  (302) 658-9200

Dennis F. Dunne
Samuel A. Khalil
Lauren C. Doyle
MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty Street
New York, NY 10005
Telephone:  (212) 530-5000

Andrew M. Leblanc
Aaron L. Renenger
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street, NW, Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500

Appellees

Debtors

*Represented by:*

M. Blake Cleary (No. 3614)
Edmon L. Morton (No. 3856)
Justin H. Rucki (No. 5304)
Ashley E. Jacobs (No. 5635)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600

Paul D. Leake
Lisa Laukitis
George R. Howard
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939

Brad B. Erens
Joseph M. Tiller
JONES DAY
77 West Wacker
Chicago, Illinois 60601
Telephone: (312) 782-3939

Linda Luciano
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939


Ad Hoc 10% Noteholders

*Represented by:*

Laura Davis Jones (No. 2436)
James E. O'Neill (No. 4042)
Colin R. Robinson (No. 5524)
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100

Thomas Moers Mayer
Gregory Horowitz
Joshua K. Brody
Andrew M. Dove
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

The Official Committee of Unsecured Creditors

*Represented by:*

William P. Bowden (No. 2553)
Gregory A. Taylor (No. 4008)
Benjamin W. Keenan (No. 4724)
Stacy L. Newman (No. 5044)

ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888

Luc A. Despins
Andrew V. Tenzer
John J. Ramirez
PAUL HASTINGS LLP
75 East 55th Street
New York, New York 10022
Telephone: (212) 318-6000

The U.S. Trustee

*Represented by:*

David L. Buchbinder
Linda J. Casey
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 22-7, Lockbox 35
Wilmington, Delaware 19801
Telephone: (302) 573-6491

Dated:  April 21, 2016
          Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew R. Remming*
Robert J. Dehney (No. 3578)
Gregory W. Werkheiser (No. 3553)
Andrew R. Remming (No. 5120)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989
rdehney@mnat.com
gwerkheiser@mnat.com
aremming@mnat.com

          -and-

MILBANK, TWEED, HADLEY & McCLOY LLP

Dennis F. Dunne
Samuel A. Khalil
Lauren C. Doyle
28 Liberty Street
New York, NY 10005
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219
ddunne@milbank.com
skhalil@milbank.com
ldoyle@milbank.com

          -and-

Andrew M. Leblanc
Aaron L. Renenger
1850 K Street NW, Suite 1100
Washington, DC 20006
Telephone:  (202) 835-7500
Facsimile:  (202) 263-7586
aleblanc@milbank.com
arenenger@milbank.com

*Counsel for OCM MLYCo CTB Ltd.*

6