UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 15-11371          BK ● AP ○

**If AP, related BK case number:**

**Title of Order Appealed:** The Bankruptcy Courts April 20, 2016 Ruling.

**Docket #:** 10 (exhi   **Date Entered:** 4/21/2016

**Item Transmitted:**

| ✓ | Notice of Appeal | Docket #: 10 | Date Filed: 4/21/2016 |
| ☐ | Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ | Cross Appeal | Docket #: | Date Filed: |
| ☐ | Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ | Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

OCM MLYCo CTB Ltd.

**Appellee/Cross Appellee**

Molycorp Minerals, LLC

**Counsel for Appellant/Cross Appellant:**

Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
16th Floor
Wilmington, DE  19899

**Counsel for Appellee/Cross Appellee:**

Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

| Filing fee paid? | Yes ● | No ○ |
| IFP application filed by applicant? | Yes ○ | No ● |
| Have additional appeals of the same order been filed? | Yes ○ | No ● |
| *If Yes, has District Court assigned a Civil Action Number? | Yes ○ | No ● |
| Civil Action Number: | | |

(continued on next page)

**Notes:** This transmittal coincides with the transmittal on BAP 16-20.

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 4/22/2016          **by:** Donnamarie Capell
_____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    16-21