**Elections must be electronically *received* by the Balloting Agent on or before June [ ], 2016 at 11:59 p.m. (Eastern Time).**

*If You are a Holder of the Notes Through DTC and wish to make any of the elections:*

Holders of the Notes that are held through DTC who wish to make one or more of the elections must electronically deliver their instructions in accordance with DTC's Automated Tender Offer Program ("ATOP") procedures as set forth herein (the "Electronic Election"). An election should not be delivered to the Debtors' voting agent, Prime Clerk, LLC (the "Voting Agent"). In order for the Electronic Election to be effective with respect to the Notes, the Electronic Election must be received by DTC by **June [ ], 2016 at 11:59 p.m. (Prevailing Eastern Time)**, the Class 5A Election Deadline. If you fail to deliver your Electronic Election in accordance with the instructions set forth herein, your election will not be considered valid.

**ONCE YOU DELIVER AN ELECTRONIC ELECTION TO DTC, YOU WILL NO LONGER HAVE THE RIGHT TO SELL OR TRANSFER ANY NOTES EXCEPT IF YOU WITHDRAW YOUR ELECTION PRIOR TO THE CLASS 5A ELECTION DEADLINE.**

Any beneficial owner whose Notes are held through a broker, dealer, commercial bank, trust company or other nominee and who wishes to make one or more of the elections, should contact the Holder of its Notes promptly and instruct such Holder to deliver an Electronic Election on its behalf. DTC will authorize DTC Participants ("DTC Participants") set forth in the position listing of DTC to deliver Electronic Elections as if they were the Holders of the Notes held of record in the name of DTC or the name of its nominee as of the Class 5A Election Deadline. Accordingly, for purposes of this Electronic Election, the term "Holder" shall be deemed to include such DTC Participants.

DTC has determined that the election is eligible for the DTC ATOP. Accordingly, DTC Participants that would like to make the elections, should deliver the Electronic Election by causing DTC to transfer their Notes into a segregated contra account established by the Voting Agent for purposes of this Solicitation in accordance with DTC's ATOP procedures for such a transfer. By making such a transfer, DTC Participants will be deemed to have delivered an Electronic Election with respect to any Notes so transferred. DTC will verify the transfer and the delivery of such Electronic Election and then send an Agent's Message (as defined herein) to the Voting Agent for its acceptance. DTC Participants desiring to deliver an Electronic Election prior to the Class 5A Election Deadline should note that they must allow sufficient time for completion of the ATOP procedures during normal business hours of DTC. DTC Participants must instruct their nominee to transfer all of their Notes through DTC's ATOP procedures into the segregated contra account and are not permitted to split their position.

The term "Agent's Message" means a message transmitted by DTC, received by the Voting Agent and forming part of the Book-Entry Confirmation (as defined below), which states that (i) DTC has received an express acknowledgement from the DTC Participant delivering an Electronic Election with respect to the Notes that are the subject of such Book-Entry Confirmation, (ii) such DTC Participant, on behalf of the beneficial owner of the Notes, has received and agrees to be bound by the terms of the Electronic Election and the Plan and (iii) the Company may enforce such agreement against you.

The Voting Agent will seek to establish a new segregated contra account with respect to the Notes at DTC (the "Book-Entry Transfer Facility") promptly after the date of this Statement (to the extent

-6-

that such arrangements have not been made previously by the Voting Agent), and any financial institution that is a participant in the Book-Entry Transfer Facility system as the owner of Notes may make book-entry delivery of Notes by causing the Book-Entry Transfer Facility to transfer such Notes into the segregated ATOP contra account in accordance with the Book-Entry Transfer Facility's procedures for such transfer. The confirmation of a book-entry transfer of Notes into the segregated ATOP contra account at the Book-Entry Transfer Facility as described above is referred to herein as a "Book-Entry Confirmation." Delivery of instructions to the Book-Entry Transfer Facility in accordance with such Book-Entry Transfer Facility's procedures constitutes delivery to the Voting Agent.

Notes with respect to which Electronic Elections have been validly delivered will be placed in a contra CUSIP number and placed in a segregated contra account at DTC during the period beginning on the date the Electronic Election is effected. Upon delivery of an Electronic Election, the Notes subject to such Electronic Election may only be transferred in accordance with procedures acceptable to DTC. The Debtors will use reasonable efforts to coordinate with the Voting Agent and with DTC and cooperate with Holders to facilitate such transfers.

**To ensure timely receipt of an Electronic Election, any beneficial owner should check with its record holder as to the processing time required and deliver the appropriate instructions well before such time.** If such record holder does not have adequate time to process your instructions, your Electronic Election will not be given effect. Please follow the directions provided by your record holder. Each Electronic Election that is properly delivered through ATOP and received by the Voting Agent prior to the Election Deadline (and accepted by the Debtors as such), and not revoked prior to the Election Deadline, will be given effect in accordance with the specifications thereof. No elections should be delivered to the Debtors or the Voting Agent by Holders. The method of delivery of your election to your record holder is at the risk of the Holder. The final delivery of an Electronic Election will be deemed made only when actually delivered by the record holder through ATOP.

All questions as to the validity, form, eligibility (including time of receipt) and acceptance and revocation of an Electronic Election will be resolved by us, in our sole discretion, which resolution shall be final and binding.