Agreed and Accepted by:

MOLYCORP, INC., on behalf of itself and each of
its subsidiaries and affiliates

By: _____

NAME: Geoffrey Bedford
TITLE President and Chief Executive Officer

Agreed and Accepted by:

JHL CAPITAL GROUP HOLDINGS ONE LLC

By: _____

    NAME: James H. Litinsky
    TITLE: Authorized Signatory

QVT FUND IV LP
By its general partner, QVT Associates GP LLC

By: _____

    NAME:
    TITLE:

QVT FUND V LP
By its general partner, QVT Associates GP LLC

By: _____

    NAME:
    TITLE:

QUINTESSENCE FUND L.P.
By its general partner, QVT Associates GP LLC

By: _____

    NAME:
    TITLE:

Agreed and Accepted by:

JHL CAPITAL GROUP HOLDINGS ONE LLC

By: _____
    NAME: James H. Litinsky
    TITLE: Authorized Signatory

QVT FUND IV LP
By its general partner, QVT Associates GP LLC

By: _____
    NAME: Arthur Chu
    TITLE: Authorized Signatory

QVT FUND V LP
By its general partner, QVT Associates GP LLC

By: _____
    NAME: Arthur Chu
    TITLE: Authorized Signatory

QUINTESSENCE FUND L.P.
By its general partner, QVT Associates GP LLC

By: _____
    NAME: Arthur Chu
    TITLE: Authorized Signatory

Agreed and Accepted by:

OCM MLYCo CTB Ltd.
By: _oaktree capital management L.P._ , its director

By: _____
     NAME:   **Emily Stephens**
     TITLE:   **Managing Director**

By: _____
     NAME:   **Nick Basso**
     TITLE:   **Vice President**

Agreed and Accepted by:

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF MOLYCORP, INC., ET AL.

By: _____

Luc Despins
Paul Hastings, LLP
Counsel to the Creditors' Committee

Agreed and Accepted by:

PLYMOUTH LANE PARTNERS (MASTER), LP
Solely in its capacity as Chair of the Committee and
not in its individual capacity:
By Plymouth Lane Capital Management, LLC, its
investment advisor:

By: _____

NAME: Mark Kronfeld
TITLE:  GC

## EXHIBIT 1

| Country | Status | Scope | Owner |
|---------|--------|-------|-------|
| Bangladesh | Issued | Title: Porous and Durable Ceramic Filter Monolith Coated with Cerium Oxide for Removing Contaminates from Water | |
| New Zealand | Issued/Granted | Title: USE OF A DUAL POLYMER SYSTEM FOR ENHANCED WATER RECOVERY AND IMPROVED SEPARATION OF SUSPENDED SOLIDS AND OTHER SUBSTANCES FROM AN AQUEOUS MEDIA | |
| Bangladesh | Issued/Maintain | Title: Process for Removing Arsenic From Aqueous Streams | |
| Australia | Issued/Maintain | Title: Process for Removing Arsenic From Aqueous Streams 2004207832 Aug 13 2009 | |
| Australia | Issued/Maintain | Title: Process for Removing Arsenic From Aqueous Streams 2009251182 June 1 2010 | |
| Australia | Issued/Maintain | Title: Process for Removing Arsenic From Aqueous Streams | |
| China | Issued/Maintain | Title: Process for Removing Arsenic From Aqueous Streams | |
| India | Issued/Maintain | Patent Number: 227856 Title: A Method for Removing Arsenic From An Aqueous Feed | |
| Bangladesh | Issued/Maintain | Title: Process for Removing Arsenic From Aqueous Streams | |
| Mexico | Issued/Maintain | Title: Process for Removing Arsenic From Aqueous Streams | |
| USA | Issued/Maintain | Patent Nubmer: 6863825 B2  Title: Process for Removing Arsenic From Aqueous Streams | Molycorp Minerals, LLC |
| Europe | Pending | Title: Process for Removing Arsenic From Aqueous Streams Witham Arsenic Removal Patent Application should defend | |
| USA | Issued | Patent Number: 7300589 Title: Process for Removing Arsenic from Drinking water  1st claim requires oxidation | Molycorp Minerals, LLC |
| USA | Issued | Patent Number: 7048853 B2 Title: Process for Removing Arsenic from Drinking water | Molycorp Minerals, LLC |

| Country | Status | Scope | Owner |
|---|---|---|---|
| USA | Issued | Patent Number: 7686976 B2  Title: Composition for Removing Arsenic from Aqueous Streams does require Ce to be supported on a clay or something | Molycorp Minerals, LLC |
| USA | Issued | Title: Water Purification Device for Arsenic Removal  Patent Number: 8475658 | Molycorp Minerals, LLC |
| PCT1 list | Pending | CERIC OXIDE WITH EXCEPTIONAL ARSENIC REMOVAL PROPERTIES | |
| USA | Pending | CERIC OXIDE WITH EXCEPTIONAL ARSENIC REMOVAL PROPERTIES | Molycorp Minerals, LLC |
| PCT1 list | Pending | Ceric Oxide with Exceptional Target Material Removal Properties | |
| USA | Pending | Ceric Oxide with Exceptional Target Material Removal Properties | Molycorp Minerals, LLC |
| USA | Issued/Maintain | Title: Process Using Rare Earths to Remove Oxyanions From Aqueous Streams Patent #7338603 | Molycorp Minerals, LLC |
| Australia | Issued/Maintain | Title: Process Using Rare Earths to Remove Oxyanions From Aqueous Streams | |
| Mexico | Issued/Maintain | Title: Process Using Rare Earths to Remove Oxyanions From Aqueous Streams | |
| Canada | Issued/Notice of Allowance | Title: Process Using Rare Earths to Remove Oxyanions From Aqueous Streams | |
| Brazil | Pending | Title: Process Using Rare Earths to Remove Oxyanions From Aqueous Streams | |
| USA | Issued | Patent Number: 2008/0156734 A1 Title: Apparatus for treating a flow of an aqueous solution containing arsenic | Molycorp Minerals, LLC |
| Canada | Pending | Title: Aggregate Composition for Treating a Contaminated Fluid Number: 2,703,821 | |
| Japan | Pending | Title: Aggregate Composition for Treating a Contaminated Fluid and Method for Forming Thereof | |
| Bangladesh | Issued | Title: Composition and Process for Making the Composition 287/2008 | |

| Country | Status | Scope | Owner |
|---|---|---|---|
| Brazil | Pending | Title: Aggregate Composition for Treating a Contaminated Fluid PI-0816585-8 | |
| Europe | Pending | Title: Aggregate Composition for Treating a Contaminated Fluid RE use in a cartridge like filter for contaminant removal | |
| China | Issued | Title: Aggregate Composition of Treating a Contaminanted Fluid 2008/80123682.8 | |
| Bangladesh | Issued | Title: Compositions for Treating Aqueous Solutions and Gases and Processes for Making such Aggregate Compositions 222/2009 | |
| Mexico | Issued | Title: Composition and Process for Making the Composition | |
| USA | Issued | Title: Composition and Process for Making the Composition    RE use in a cartridge like filter for contaminant removal | Molycorp Minerals, LLC |
| USA | Issued | Patent Number: 2009/0111689 A1 Title: Composition and process for making the composition | Molycorp Minerals, LLC |
| USA | Issued | Patent #8,557,730 issued on 10/15/2013 | Molycorp Minerals, LLC |
| Brazil | Pending | Title: Apparatus and Process for Treating an Aqueous Solution Containing Biological Contaminants PI-0817185-8 | |
| Bangladesh | Issued/Maintain | Title: Apparatus and Process for Treating an Aqueous Solution Containing Biological Contaminants 222/2009 | |
| China | Issued/Notice of Allowance | Title: Apparatus and Process for Treating an Aqueous Solution Containing Biological Contaminants 2008/80123663.5 | |
| Bangladesh | Issued/Maintain | Title: Apparatus and Process for Treating an Aqueous Solution Containing Biological Contaminants 286/2008 | |
| Mexico | Issued/Notice of Allowance | Title: Apparatus and Process for Treating an Aqueous Solution Containing Biological Contaminants | |

| Country | Status | Scope | Owner |
|---|---|---|---|
| USA | Pending/Appeal | Title: Apparatus and Process for Treating an Aqueous Solution Containing Biological Contaminants | Molycorp Minerals, LLC |
| Canada | Pending | Title: Apparatus and Process for Treating an Aqueous Solution Containing Biological Contaminants 2703858 | |
| Europe | Pending | Title: Apparatus and Process for Treating an Aqueous Solution Containing Biological Contaminants 8843686 | |
| Hong Kong | Pending | Title: Apparatus and Process for Treating an Aqueous Solution Containing Biological Contaminants | |
| USA | Pending | Title: Apparatus and Process for Treating an Aqueous Solution Containing Biological Contaminants | Molycorp Minerals, LLC |
| Australia | Issued | Title: Remediation of Physiologically Active Compounds from Waste Water | |
| Japan | Issued/Notice of Allowance | Title: Remediation of Physiologically Active Compounds from Waste Water | |
| USA | Pending | Title: Remediation of Physiologically Active Compounds from Waste Water | Molycorp Minerals, LLC |
| Korea | Pending | Title: Remediation of Physiologically Active Compounds from Waste Water | |
| Mexico | Pending | Title: Remediation of Physiologically Active Compounds from Waste Water | |
| Australia | Pending | Title: Rare Earth Removal of Hydrated and Hydroxyl Species Purpose: Primarily drafted to go after Pb carbonate and used Pourbaix diagrams to prove it.  Also added metals from -21 to be more specific. | |
| Brazil | Pending | Title: Rare Earth Removal of Hydrated and Hydroxyl Species Purpose: Primarily drafted to go after Pb carbonate and used Pourbaix diagrams to prove it.  Also added metals from -21 to be more specific. | |

| Country | Status | Scope | Owner |
|---------|--------|-------|-------|
| Canada | Pending | Title: Rare Earth Removal of Hydrated and Hydroxyl Species Purpose: Primarily drafted to go after Pb carbonate and used Pourbaix diagrams to prove it.  Also added metals from -21 to be more specific. | |
| Europe | Pending | Title: Rare Earth Removal of Hydrated and Hydroxyl Species Purpose: Primarily drafted to go after Pb carbonate and used Pourbaix diagrams to prove it.  Also added metals from -21 to be more specific. | |
| USA | Issued/Notice of Allowance | Title: Rare Earth Removal of Hydrated and Hydroxyl Species Purpose: Primarily drafted to go after Pb carbonate and used Pourbaix diagrams to prove it.  Also added metals from -21 to be more specific. | Molycorp Minerals, LLC |
| USA | Pending | Title: NON-METAL-CONTAINING OXYANION REMOVAL FROM WATERS USING RARE EARTHS | Molycorp Minerals, LLC |
| China | Pending | Title: Rare Earth Removal of Hydrated and Hydroxyl Species Purpose: Primarily drafted to go after Pb carbonate and used Pourbaix diagrams to prove it.  Also added metals from -21 to be more specific. Other metals Bi, Cr, Co, Mn, Zn, Zr, Al, Cu, potentially Sb, Cd, Hg, U | |
| Japan | Pending | Title: Rare Earth Removal of Hydrated and Hydroxyl Species Purpose: Primarily drafted to go after Pb carbonate and used Pourbaix diagrams to prove it.  Also added metals from -21 to be more specific. | |

| Country | Status | Scope | Owner |
|---------|--------|-------|-------|
| Korea | Pending | Title: Rare Earth Removal of Hydrated and Hydroxyl Species Purpose: Primarily drafted to go after Pb carbonate and used Pourbaix diagrams to prove it. Also added metals from -21 to be more specific. | |
| Mexico | Pending | Title: Rare Earth Removal of Hydrated and Hydroxyl Species Purpose: Primarily drafted to go after Pb carbonate and used Pourbaix diagrams to prove it. Also added metals from -21 to be more specific. | |

## EXHIBIT 2

| Country | Status | Scope | Owner |
|---|---|---|---|
| USA | Issued | Patent Number: 5433931 | Molycorp Minerals, LLC |
| USA | Issued | Patent Number: 5207995  Title: Recovery of Cerium From Fluoride-containing Ores | Molycorp Minerals, LLC |
| China | Pending | Title: HYDROMETALLURGICAL PROCESS AND METHOD FOR RECOVERING METALS.  The invention relates generally to mineral processing plants and facilities and particularly to hydrometallurgical plants and facilities for recovering metals. | |
| Denmark | Pending | Title: HYDROMETALLURGICAL PROCESS AND METHOD FOR RECOVERING METALS.  The invention relates generally to mineral processing plants and facilities and particularly to hydrometallurgical plants and facilities for recovering metals. | |
| Canada | Pending | Title: HYDROMETALLURGICAL PROCESS AND METHOD FOR RECOVERING METALS.  The invention relates generally to mineral processing plants and facilities and particularly to hydrometallurgical plants and facilities for recovering metals. | |
| South Africa | Issued | Title: HYDROMETALLURGICAL PROCESS AND METHOD FOR RECOVERING METALS.  The invention relates generally to mineral processing plants and facilities and particularly to hydrometallurgical plants and facilities for recovering metals. | |
| Australia | Issued | Title: HYDROMETALLURGICAL PROCESS AND METHOD FOR RECOVERING METALS.  The invention relates generally to mineral processing plants and facilities and particularly to hydrometallurgical plants and facilities for recovering metals. | |

| Country | Status | Scope | Owner |
|---|---|---|---|
| Brazil | Pending | Title: HYDROMETALLURGICAL PROCESS AND METHOD FOR RECOVERING METALS. The invention relates generally to mineral processing plants and facilities and particularly to hydrometallurgical plants and facilities for recovering metals. | |
| Europe | Pending | Title: HYDROMETALLURGICAL PROCESS AND METHOD FOR RECOVERING METALS. The invention relates generally to mineral processing plants and facilities and particularly to hydrometallurgical plants and facilities for recovering metals. | |
| Madagascar | Pending | Title: HYDROMETALLURGICAL PROCESS AND METHOD FOR RECOVERING METALS. The invention relates generally to mineral processing plants and facilities and particularly to hydrometallurgical plants and facilities for recovering metals. | |
| Korea | Pending | Title: HYDROMETALLURGICAL PROCESS AND METHOD FOR RECOVERING METALS. The invention relates generally to mineral processing plants and facilities and particularly to hydrometallurgical plants and facilities for recovering metals. | |
| USA | Issued | Title: HYDROMETALLURGICAL PROCESS AND METHOD FOR RECOVERING METALS. The invention relates generally to mineral processing plants and facilities and particularly to hydrometallurgical plants and facilities for recovering metals. | Molycorp Minerals, LLC |
| Ceuta, Melilla | Pending | Title: HYDROMETALLURGICAL PROCESS AND METHOD FOR RECOVERING METALS. The invention relates generally to mineral processing plants and facilities and particularly to hydrometallurgical plants and facilities for recovering metals. | |

| Country | Status | Scope | Owner |
|---------|--------|-------|-------|
| India | Pending | Title: HYDROMETALLURGICAL PROCESS AND METHOD FOR RECOVERING METALS. The invention relates generally to mineral processing plants and facilities and particularly to hydrometallurgical plants and facilities for recovering metals. | |
| Malaysia | Pending | Title: HYDROMETALLURGICAL PROCESS AND METHOD FOR RECOVERING METALS. The invention relates generally to mineral processing plants and facilities and particularly to hydrometallurgical plants and facilities for recovering metals. | |
| Thailand | Pending | Title: HYDROMETALLURGICAL PROCESS AND METHOD FOR RECOVERING METALS. The invention relates generally to mineral processing plants and facilities and particularly to hydrometallurgical plants and facilities for recovering metals. | |
| USA | Pending | Title: HYDROMETALLURGICAL PROCESS AND METHOD FOR RECOVERING METALS. The invention relates generally to mineral processing plants and facilities and particularly to hydrometallurgical plants and facilities for recovering metals. | Molycorp Minerals, LLC |
| Vietnam | Pending | Title: HYDROMETALLURGICAL PROCESS AND METHOD FOR RECOVERING METALS. The invention relates generally to mineral processing plants and facilities and particularly to hydrometallurgical plants and facilities for recovering metals. | |

**EXHIBIT 3**

# FUNDING OF CERTAIN WINDDOWN AND CHAPTER 7 COSTS ($'000)

## Pre NEO Reorganization Effective Date ($'000)

**Sources**

| | |
|---|---|
| Sale to MM&A of Mountain Pass NdPr Inventory | $2,240 |
| *(56,000 kg at $40 per kg)* | |
| **Total** | **$2,240** |

**Uses**

| | |
|---|---|
| RIF Costs | $1,696 [1] |
| Cash Remaining at Molycorp Minerals, LLC | 544 |
| **Total** | **$2,240** |

## Post NEO Reorganization Effective Date ($'000)

**Sources**

| | |
|---|---|
| Cash Remaining at Molycorp Minerals, LLC | $544 |
| Value on Account of Downstream I/C Payments [2] | 6,326 |
| **Total** | **$6,870** |

**Uses**

| | |
|---|---|
| Estimated Chapter 7 Budget [3] | $2,500 |
| Molycorp Sale Budget [4] | 400 |
| Remaining Cash [5][6] | 3,970 |
| **Total** | **$6,870** |

[1] Costs to be funded from Minerals Wind-down Expense Reserve.

[2] On account of Downstream entities' intercompany payables and intercompany loan payables.

[3] Estimated amount for two months of Mountain Pass operating costs in chapter 7, chapter 7 trustee fees, other professional fees and contingency.

[4] Estimated professional fees for mineral rights transfer.

[5] Balance may change based on Mountain Pass carrying cost until conversion to chapter 7.

[6] Contemplated to be distributed to Oaktree and 10% Noteholders pursuant to the pari passu collateral split (35.29% / 64.71%) immediately prior to conversion of Molycorp Minerals, LLC to chapter 7 under the proposed settlement among the parties, subject to Court approval.

Case 15-11357-CSS    Doc 1822-2    Filed 04/19/16    Page 10 of 23

# EXHIBIT B

| From: | Ludwig, Jillian |
| --- | --- |
| To: | Leblanc, Andrew; Doyle, Lauren; Golenbock, Scott; Kinney, Brian; Ebberson, James; Dunne, Dennis; Khalil, Samuel |
| Cc: | Valentino, Luke; Clemente, Matthew A.; Sekhon, Vijay S.; Box, John R.; Shi, Sylvia; Brody, Joshua |
| Subject: | Molycorp - Second Amended Credit Bid Agreement and Newco LLC Agreement |
| Date: | Thursday, April 14, 2016 7:24:23 PM |
| Attachments: | Second Amended Credit Agreement and Direction.DOCX |
| | Molycorp Newco LLC Agreement.docx |

Subject to FRE 408

All,

Attached please find the Second Amended Credit Bid Agreement and Direction and the SNR LLC Agreement, in connection with tomorrow's closing.

Please note that these documents remain subject to the comments and approval of JHL, QVT, the Trustee, and the Collateral Agent.

Regards,

Jill

**JILLIAN K. LUDWIG**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 7523
jillian.ludwig@sidley.com

> **From:** Doyle, Lauren [mailto:LDoyle@milbank.com]
> **Sent:** Wednesday, April 06, 2016 3:44 PM
> **To:** Valentino, Luke; Golenbock, Scott; Kinney, Brian; Ebberson, James; Dunne, Dennis; Khalil, Samuel; Leblanc, Andrew
> **Cc:** Clemente, Matthew A.; Sekhon, Vijay S.; Ludwig, Jillian; Box, John R.; Shi, Sylvia; jbrody@kramerlevin.com
> **Subject:** RE: Revised Molycorp Credit Bid Agreement
>
> Subject to FRE 408
>
> As discussed with Matt, attached is a revised mark-up of the Credit Bidding Agreement. Please note that this draft has not been reviewed by Oaktree and remains subject to their review, comment, and approval in all respects and subject to change.
>
> Please let us know if you would like to have a call to discuss.
>
> Regards,
>
> Lauren
>
> ---
>
> **Lauren C. Doyle** | Milbank
> 28 Liberty Street | New York, NY 10005
> T: +1 212.530.5053 | F: +1 212.822.5053
> ldoyle@milbank.com | www.milbank.com
>
> **From:** Valentino, Luke [mailto:lvalentino@sidley.com]
> **Sent:** Friday, April 01, 2016 4:09 PM
> **To:** Doyle, Lauren; Golenbock, Scott; Kinney, Brian
> **Cc:** Clemente, Matthew A.; Sekhon, Vijay S.; Ludwig, Jillian; Box, John R.; Shi, Sylvia
> **Subject:** Revised Molycorp Credit Bid Agreement
>
> Attached is a revised version of the credit bid agreement. This version incorporates your proposal regarding the capitalization of unpaid fees and the removal of the rights offering. As such, it is consistent with the terms of the settlement agreement and in final form. Please confirm.
>
> **LUKE J. VALENTINO**
>
> **SIDLEY AUSTIN LLP**
> One South Dearborn
> Chicago, IL 60603
> +1 312 853 7696
> lvalentino@sidley.com
> www.sidley.com
>
> SIDLEY 

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

Case 15-11357-CSS    Doc 1022-3   Filed 04/19/16   Page 1 of 2

# EXHIBIT C

| | |
|---|---|
| **From:** | Erin S de la Mare |
| **To:** | Leblanc, Andrew |
| **Cc:** | Lisa G Laukitis; Jeffrey D. Litle |
| **Subject:** | Fw: Molycorp - Execution Copies of the Credit Bid Agreement, Bring Down Letters, and LLC Agreement -- Proceed with Closing |
| **Date:** | Sunday, April 17, 2016 9:31:37 PM |
| **Attachments:** | Second Amended Credit Agreement and Direction.pdf |
| | SNR LLC Agreement.pdf |

---

Here are the relevant communications.

----- Forwarded by Erin S de la Mare/JonesDay on 04/17/2016 09:18 PM -----

From:   "Ludwig, Jillian" <jillian.ludwig@sidley.com>
To:     Erin S de la Mare <esdelamare@JonesDay.com>, Justin P Farra <jfarra@jonesday.com>, "Jeffrey D. Litle" <jdlitle@JonesDay.com>, "Lisa G. Laukitis (llaukitis@jonesday.com)" <llaukitis@jonesday.com>
Cc:     "Clemente, Matthew A." <mclemente@sidley.com>, "Sekhon, Vijay S." <vsekhon@sidley.com>, "Shi, Sylvia" <sylvia.shi@sidley.com>, "Valentino, Luke" <lvalentino@sidley.com>, "Leonard, Laura L." <lleonard@sidley.com>, "Evans, Alexandra F." <afevans@sidley.com>, "Garvey, Jackson" <jgarvey@sidley.com>
Date:   04/15/2016 11:37 PM
Subject:  Molycorp - Execution Copies of the Credit Bid Agreement, Bring Down Letters, and LLC Agreement -- Proceed with Closing

---

Erin,

Attached please find the fully-executed copies of the Second Amended Credit Agreement and Direction and the LLC Agreement of Secure Natural Resources LLC.

This confirms that the Purchaser is now ready to proceed with Closing.

You are authorized to release all signature pages previously provided to you in connection with Closing. Please let us know if there is anything further you need from us in that regard.

Please send us confirmation of occurrence the Closing via transmission of electronic copies of the Closing documents and please also confirm our agreement that the original signature pages of the Deeds will be released to us, and wires initiated, at or before 9:00 a.m. (PT) on Monday, April 18, 2016 so that the conveyances and assignments may be recorded.

I would also like to personally thank you and your team on your patience today and this evening as we finalized the governance documentation to facilitate tonight's Closing.

Please let me know if you have any questions or need anything further.

Regards,
Jill
**JILLIAN K. LUDWIG**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 7523
jillian.ludwig@sidley.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

----- Forwarded by Erin S de la Mare/JonesDay on 04/17/2016 09:21 PM -----

From:   "Ludwig, Jillian" <jillian.ludwig@sidley.com>
To:     Erin S de la Mare <esdelamare@JonesDay.com>, Justin P Farra <jfarra@jonesday.com>
Cc:     "Jeffrey D. Litle" <jdlitle@JonesDay.com>, "Clemente, Matthew A." <mclemente@sidley.com>, "Sekhon, Vijay S." <vsekhon@sidley.com>, "Shi, Sylvia" <sylvia.shi@sidley.com>, "Valentino, Luke" <lvalentino@sidley.com>