Date:    04/15/2016 10:10 PM
Subject:    RE: Closing Documents

Erin,

We are continuing to work diligently towards closing with the Indenture Trustee.  In the event that we are not able to reach an agreement and close this evening, we are requesting the Debtors' consent to extend the termination date in the APA until tomorrow (or such other time as we may request to complete the deal).

Could you please you please confirm?

Jill

**JILLIAN K. LUDWIG**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 7523
jillian.ludwig@sidley.com

*******************************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

*******************************************************************************************************

---- Forwarded by Erin S de la Mare/JonesDay on 04/17/2016 09:23 PM ----

From:    "Ludwig, Jillian" <jillian.ludwig@sidley.com>
To:    Erin S de la Mare <esdelamare@JonesDay.com>, "Evans, Alexandra F." <afevans@sidley.com>
Cc:    "Shi, Sylvia" <sylvia.shi@sidley.com>, Justin P Farra <jfarra@jonesday.com>
Date:    04/15/2016 03:14 PM
Subject:    RE: Molycorp - Wire Transfer Instructions

Thank you, to confirm we are jumping on a call with Oaktree in 15 minutes and hope to have further clarity at that time.

**JILLIAN K. LUDWIG**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 7523
jillian.ludwig@sidley.com

**From:** Erin S de la Mare [mailto:esdelamare@JonesDay.com]
**Sent:** Friday, April 15, 2016 2:12 PM
**To:** Evans, Alexandra F.
**Cc:** Ludwig, Jillian; Shi, Sylvia; Justin P Farra
**Subject:** RE: Molycorp - Wire Transfer Instructions

Hi Alexandra,

Thanks.  The assistant to the paralegal helping us in L.A. is going to walk the pages over to your office (I understand the offices are very close).  As I understand that there is a delay in the Closing as a result of continuing discussions between Oaktree's counsel and Sidley regarding the formation documents of Purchaser, we will continue to hold on to the signatures until we receive word that Purchaser is able to proceed with Closing.

Erin de la Mare (bio)
**JONES DAY® - One Firm Worldwide℠**

North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Office +1.216.586.7119
esdelamare@jonesday.com

| | |
|---|---|
| From: | "Evans, Alexandra F." <afevans@sidley.com> |
| To: | Erin S de la Mare <esdelamare@JonesDay.com> |
| Cc: | "Shi, Sylvia" <sylvia.shi@sidley.com>, "Ludwig, Jillian" <jillian.ludwig@sidley.com> |
| Date: | 04/15/2016 03:08 PM |
| Subject: | RE: Molycorp - Wire Transfer Instructions |

Hi Erin,

Once we are in a position to close, we are happy to send our Sidley messenger to your LA office to pick up the original signature pages (fortunately our offices are close to one another). The messenger will then go directly to First Am's offices with the original deeds. If you could provide the contact information for your Jones Day colleague now it will help us prep the messenger in advance so they will know the drill once the time comes. Thanks.

Alex

**ALEXANDRA F. EVANS**
Staff Attorney

**SIDLEY AUSTIN LLP**
+1 213 896 6063
afevans@sidley.com

**From:** Ludwig, Jillian
**Sent:** Thursday, April 14, 2016 5:02 PM
**To:** Erin S de la Mare
**Cc:** Evans, Alexandra F.; Shi, Sylvia
**Subject:** Molycorp - Wire Transfer Instructions

Erin,

Further to our call this afternoon, attached are the wiring instructions for First American and Sidley's trust account, respectively.

As discussed, the Noteholder/Oaktree cash collateral should be transferred as follows:

Funds transfer:

1. Debtors transfer cash collateral amount equal to transfer taxes to First American
2. Debtors transfer remaining cash collateral amount to Sidley Trust account
First American is coordinating recordation of the two deeds. They will need a wire in the amount of the transfer tax in advance of recording so this should be sent as early in the day tomorrow as possible. It is important that the wire include the title/escrow number referenced on the attached.

Please let us know if you have any questions.

Regards,

Jill
**JILLIAN K. LUDWIG**
Associate

**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
+1 312 853 7523
jillian.ludwig@sidley.com

www.sidley.com

*****************************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

**********************************************************************************************

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other
privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so
that our records can be corrected.
==========


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other
privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so
that our records can be corrected.
==========

# EXHIBIT D

| From: | Doyle, Lauren |
|---|---|
| To: | Golenbock, Scott; "Ludwig, Jillian"; Leblanc, Andrew; Kinney, Brian; Ebberson, James; Dunne, Dennis; Khalil, Samuel |
| Cc: | Valentino, Luke; Clemente, Matthew A.; Sekhon, Vijay S.; Box, John R.; Shi, Sylvia; Brody, Joshua |
| Subject: | RE: Molycorp - Second Amended Credit Bid Agreement and Newco LLC Agreement |
| Date: | Friday, April 15, 2016 2:20:55 PM |
| Attachments: | image001.png |

Jill,

As I mentioned on our call, Oaktree is available to get on a principals call to discuss the open issues. Let us know what works.

Thanks,

Lauren

**Lauren C. Doyle | Milbank**
28 Liberty Street | New York, NY 10005
T: +1 212.530.5053 | F: +1 212.822.5053
ldoyle@milbank.com| www.milbank.com

**From:** Golenbock, Scott
**Sent:** Friday, April 15, 2016 2:12 PM
**To:** 'Ludwig, Jillian'; Leblanc, Andrew; Doyle, Lauren; Kinney, Brian; Ebberson, James; Dunne, Dennis; Khalil, Samuel
**Cc:** Valentino, Luke; Clemente, Matthew A.; Sekhon, Vijay S.; Box, John R.; Shi, Sylvia; Brody, Joshua
**Subject:** RE: Molycorp - Second Amended Credit Bid Agreement and Newco LLC Agreement

All, revised drafts are attached, which are sent subject to our client's review and comments. Please let us know when you're available for a call to discuss.

Scott

**Scott Golenbock | Milbank**
28 Liberty Street | New York, NY 10005
T: +1 212.530.5181 | F: +1 212.530.5219
SGolenbock@milbank.com | www.milbank.com

**From:** Ludwig, Jillian [mailto:jillian.ludwig@sidley.com]
**Sent:** Thursday, April 14, 2016 7:23 PM
**To:** Leblanc, Andrew; Doyle, Lauren; Golenbock, Scott; Kinney, Brian; Ebberson, James; Dunne, Dennis; Khalil, Samuel
**Cc:** Valentino, Luke; Clemente, Matthew A.; Sekhon, Vijay S.; Box, John R.; Shi, Sylvia; Brody, Joshua
**Subject:** Molycorp - Second Amended Credit Bid Agreement and Newco LLC Agreement

Subject to FRE 408

All,

Attached please find the Second Amended Credit Bid Agreement and Direction and the SNR LLC Agreement, in connection with tomorrow's closing.

Please note that these documents remain subject to the comments and approval of JHL, QVT, the Trustee, and the Collateral Agent.

Regards,

Jill

**JILLIAN K. LUDWIG**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 7523
jillian.ludwig@sidley.com

> **From:** Doyle, Lauren [mailto:LDoyle@milbank.com]
> **Sent:** Wednesday, April 06, 2016 3:44 PM
> **To:** Valentino, Luke; Golenbock, Scott; Kinney, Brian; Ebberson, James; Dunne, Dennis; Khalil, Samuel; Leblanc, Andrew
> **Cc:** Clemente, Matthew A.; Sekhon, Vijay S.; Ludwig, Jillian; Box, John R.; Shi, Sylvia; jbrody@kramerlevin.com
> **Subject:** RE: Revised Molycorp Credit Bid Agreement
>
> Subject to FRE 408
>
> As discussed with Matt, attached is a revised mark-up of the Credit Bidding Agreement. Please note that this draft has not been reviewed by Oaktree and remains subject to their review, comment, and approval in all respects and subject to change.
>
> Please let us know if you would like to have a call to discuss.
>
> Regards,
>
> Lauren
>
> **Lauren C. Doyle | Milbank**
> 28 Liberty Street | New York, NY 10005
> T: +1 212.530.5053 | F: +1 212.822.5053
> ldoyle@milbank.com| www.milbank.com
>
> **From:** Valentino, Luke [mailto:lvalentino@sidley.com]
> **Sent:** Friday, April 01, 2016 4:09 PM
> **To:** Doyle, Lauren; Golenbock, Scott; Kinney, Brian
> **Cc:** Clemente, Matthew A.; Sekhon, Vijay S.; Ludwig, Jillian; Box, John R.; Shi, Sylvia
> **Subject:** Revised Molycorp Credit Bid Agreement
>
> Attached is a revised version of the credit bid agreement. This version incorporates your proposal regarding the capitalization of unpaid fees and the removal of the rights offering. As such, it is consistent with the terms of the settlement agreement and in final form. Please confirm.
>
> **LUKE J. VALENTINO**

**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
+1 312 853 7696
lvalentino@sidley.com
www.sidley.com
SIDLEY



*************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

*************************************************************************************

===============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the
employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination,
distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify
the sender and delete this e-mail message from your computer.

# EXHIBIT E

**From:** Ludwig, Jillian
**To:** Doyle, Lauren; Golenbock, Scott; Leblanc, Andrew; Kinney, Brian; Ebberson, James; Dunne, Dennis; Khalil, Samuel
**Cc:** Valentino, Luke; Clemente, Matthew A.; Sekhon, Vijay S.; Box, John R.; Shi, Sylvia; Brody, Joshua
**Subject:** RE: Molycorp - Second Amended Credit Bid Agreement and Newco LLC Agreement
**Date:** Friday, April 15, 2016 3:09:16 PM
**Attachments:** image001.png

Lauren and Scott,

Are you available for an initial lawyer's only call at 2:30 CT / 3:30 ET to discuss?

We can use my dial-in:

1-888-446-7584

Code: 546 902

iPhone: 1-888-446-7584;;546902#

Regards,

Jill

**JILLIAN K. LUDWIG**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 7523
jillian.ludwig@sidley.com

> **From:** Doyle, Lauren [mailto:LDoyle@milbank.com]
> **Sent:** Friday, April 15, 2016 1:21 PM
> **To:** Golenbock, Scott; Ludwig, Jillian; Leblanc, Andrew; Kinney, Brian; Ebberson, James; Dunne, Dennis; Khalil, Samuel
> **Cc:** Valentino, Luke; Clemente, Matthew A.; Sekhon, Vijay S.; Box, John R.; Shi, Sylvia; Brody, Joshua
> **Subject:** RE: Molycorp - Second Amended Credit Bid Agreement and Newco LLC Agreement
>
> Jill,
>
> As I mentioned on our call, Oaktree is available to get on a principals call to discuss the open issues. Let us know what works.
>
> Thanks,
>
> Lauren
>
> ---
>
> **Lauren C. Doyle | Milbank**
> 28 Liberty Street | New York, NY 10005
> T: +1 212.530.5053 | F: +1 212.822.5053
> ldoyle@milbank.com | www.milbank.com

> **From:** Golenbock, Scott
> **Sent:** Friday, April 15, 2016 2:12 PM
> **To:** 'Ludwig, Jillian'; Leblanc, Andrew; Doyle, Lauren; Kinney, Brian; Ebberson, James; Dunne, Dennis; Khalil, Samuel
> **Cc:** Valentino, Luke; Clemente, Matthew A.; Sekhon, Vijay S.; Box, John R.; Shi, Sylvia; Brody, Joshua
> **Subject:** RE: Molycorp - Second Amended Credit Bid Agreement and Newco LLC Agreement
>
> All, revised drafts are attached, which are sent subject to our client's review and comments. Please let us know when you're available for a call to discuss.
>
> Scott
>
> ---
>
> **Scott Golenbock | Milbank**
> 28 Liberty Street | New York, NY 10005
> T: +1 212.530.5181 | F: +1 212.530.5219
> SGolenbock@milbank.com | www.milbank.com

> **From:** Ludwig, Jillian [mailto:jillian.ludwig@sidley.com]
> **Sent:** Thursday, April 14, 2016 7:23 PM
> **To:** Leblanc, Andrew; Doyle, Lauren; Golenbock, Scott; Kinney, Brian; Ebberson, James; Dunne, Dennis; Khalil, Samuel
> **Cc:** Valentino, Luke; Clemente, Matthew A.; Sekhon, Vijay S.; Box, John R.; Shi, Sylvia; Brody, Joshua
> **Subject:** Molycorp - Second Amended Credit Bid Agreement and Newco LLC Agreement
>
> Subject to FRE 408
>
> All,
>
> Attached please find the Second Amended Credit Bid Agreement and Direction and the SNR LLC Agreement, in connection with tomorrow's closing.
>
> Please note that these documents remain subject to the comments and approval of JHL, QVT, the Trustee, and the Collateral Agent.
>
> Regards,
>
> Jill
>
> **JILLIAN K. LUDWIG**
> Associate
>
> **SIDLEY AUSTIN LLP**
> +1 312 853 7523
> jillian.ludwig@sidley.com

> > **From:** Doyle, Lauren [mailto:LDoyle@milbank.com]
> > **Sent:** Wednesday, April 06, 2016 3:44 PM
> > **To:** Valentino, Luke; Golenbock, Scott; Kinney, Brian; Ebberson, James; Dunne, Dennis; Khalil, Samuel; Leblanc, Andrew
> > **Cc:** Clemente, Matthew A.; Sekhon, Vijay S.; Ludwig, Jillian; Box, John R.; Shi, Sylvia; jbrodv@kramerlevin.com
> > **Subject:** RE: Revised Molycorp Credit Bid Agreement

Subject to FRE 408

As discussed with Matt, attached is a revised mark-up of the Credit Bidding Agreement. Please note that this draft has not been reviewed by Oaktree and remains subject to their review, comment, and approval in all respects and subject to change.

Please let us know if you would like to have a call to discuss.

Regards,

Lauren

**Lauren C. Doyle | Milbank**
28 Liberty Street | New York, NY 10005
T: +1 212.530.5053 | F: +1 212.822.5053
ldoyle@milbank.com| www.milbank.com

**From:** Valentino, Luke [mailto:lvalentino@sidley.com]
**Sent:** Friday, April 01, 2016 4:09 PM
**To:** Doyle, Lauren; Golenbock, Scott; Kinney, Brian
**Cc:** Clemente, Matthew A.; Sekhon, Vijay S.; Ludwig, Jillian; Box, John R.; Shi, Sylvia
**Subject:** Revised Molycorp Credit Bid Agreement

Attached is a revised version of the credit bid agreement. This version incorporates your proposal regarding the capitalization of unpaid fees and the removal of the rights offering. As such, it is consistent with the terms of the settlement agreement and in final form. Please confirm.

**LUKE J. VALENTINO**

**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
+1 312 853 7696
lvalentino@sidley.com
www.sidley.com

SIDLEY 

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

=======================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

=======================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

Case 15-11357-CSS    Doc 1822-6    Filed 04/19/16    Page 1 of 28

# EXHIBIT F

| | |
|---|---|
| **From:** | Doyle, Lauren |
| **To:** | Ludwig, Jillian; Golenbock, Scott; Leblanc, Andrew; Kinney, Brian; Ebberson, James; Dunne, Dennis; Khalil, Samuel |
| **Cc:** | Valentino, Luke; Clemente, Matthew A.; Sekhon, Vijay S.; Box, John R.; Shi, Sylvia; Brody, Joshua |
| **Subject:** | Re: Molycorp - Second Amended Credit Bid Agreement and Newco LLC Agreement |
| **Date:** | Friday, April 15, 2016 6:22:00 PM |
| **Attachments:** | image001.png |

Jill,

As discussed on our call, we think the best way to move this forward is for our clients to speak directly. We are happy to arrange this call over the weekend. Let us know what times work for your client or we can find out from Oaktree what times work for them.

Regards,

Lauren

---

Lauren C. Doyle | Milbank

28 Liberty Street | New York, NY 10005

T: +1 212.530.5053 | F: +1 212.822.5053

ldoyle@milbank.com| www.milbank.com

**From:** Ludwig, Jillian
**Sent:** Friday, April 15, 2016 3:09 PM
**To:** Doyle, Lauren; Golenbock, Scott; Leblanc, Andrew; Kinney, Brian; Ebberson, James; Dunne, Dennis; Khalil, Samuel
**Cc:** Valentino, Luke; Clemente, Matthew A.; Sekhon, Vijay S.; Box, John R.; Shi, Sylvia; Brody, Joshua
**Subject:** RE: Molycorp - Second Amended Credit Bid Agreement and Newco LLC Agreement

Lauren and Scott,

Are you available for an initial lawyer's only call at 2:30 CT / 3:30 ET to discuss?

We can use my dial-in:

1-888-446-7584

Code: 546 902

iPhone: 1-888-446-7584;;546902#

Regards,

Jill

**JILLIAN K. LUDWIG**

Associate

**SIDLEY AUSTIN LLP**

+1 312 853 7523

jillian.ludwig@sidley.com

> **From:** Doyle, Lauren [mailto:LDoyle@milbank.com]
> **Sent:** Friday, April 15, 2016 1:21 PM
> **To:** Golenbock, Scott; Ludwig, Jillian; Leblanc, Andrew; Kinney, Brian; Ebberson, James; Dunne, Dennis; Khalil, Samuel
> **Cc:** Valentino, Luke; Clemente, Matthew A.; Sekhon, Vijay S.; Box, John R.; Shi, Sylvia; Brody, Joshua
> **Subject:** RE: Molycorp - Second Amended Credit Bid Agreement and Newco LLC Agreement
>
> Jill,
>
> As I mentioned on our call, Oaktree is available to get on a principals call to discuss the open issues. Let us know what works.
>
> Thanks,
>
> Lauren
>
> ---
>
> **Lauren C. Doyle** | Milbank
> 28 Liberty Street | New York, NY 10005
> T: +1 212.530.5053 | F: +1 212.822.5053
> ldoyle@milbank.com| www.milbank.com

> **From:** Golenbock, Scott
> **Sent:** Friday, April 15, 2016 2:12 PM
> **To:** 'Ludwig, Jillian'; Leblanc, Andrew; Doyle, Lauren; Kinney, Brian; Ebberson, James; Dunne, Dennis; Khalil, Samuel
> **Cc:** Valentino, Luke; Clemente, Matthew A.; Sekhon, Vijay S.; Box, John R.; Shi, Sylvia; Brody, Joshua
> **Subject:** RE: Molycorp - Second Amended Credit Bid Agreement and Newco LLC Agreement
>
> All, revised drafts are attached, which are sent subject to our client's review and comments. Please let us know when you're available for a call to discuss.
>
> Scott
>
> ---
>
> **Scott Golenbock** | Milbank
> 28 Liberty Street | New York, NY 10005
> T: +1 212.530.5181 | F: +1 212.530.5219
> SGolenbock@milbank.com | www.milbank.com

> **From:** Ludwig, Jillian [mailto:jillian.ludwig@sidley.com]
> **Sent:** Thursday, April 14, 2016 7:23 PM
> **To:** Leblanc, Andrew; Doyle, Lauren; Golenbock, Scott; Kinney, Brian; Ebberson, James; Dunne, Dennis; Khalil, Samuel
> **Cc:** Valentino, Luke; Clemente, Matthew A.; Sekhon, Vijay S.; Box, John R.; Shi, Sylvia; Brody, Joshua

**Subject:** Molycorp - Second Amended Credit Bid Agreement and Newco LLC Agreement

Subject to FRE 408

All,

Attached please find the Second Amended Credit Bid Agreement and Direction and the SNR LLC Agreement, in connection with tomorrow's closing.

Please note that these documents remain subject to the comments and approval of JHL, QVT, the Trustee, and the Collateral Agent.

Regards,

Jill

**JILLIAN K. LUDWIG**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 7523
jillian.ludwig@sidley.com

> **From:** Doyle, Lauren [mailto:LDoyle@milbank.com]
> **Sent:** Wednesday, April 06, 2016 3:44 PM
> **To:** Valentino, Luke; Golenbock, Scott; Kinney, Brian; Ebberson, James; Dunne, Dennis; Khalil, Samuel; Leblanc, Andrew
> **Cc:** Clemente, Matthew A.; Sekhon, Vijay S.; Ludwig, Jillian; Box, John R.; Shi, Sylvia; jbrody@kramerlevin.com
> **Subject:** RE: Revised Molycorp Credit Bid Agreement
>
> Subject to FRE 408
>
> As discussed with Matt, attached is a revised mark-up of the Credit Bidding Agreement. Please note that this draft has not been reviewed by Oaktree and remains subject to their review, comment, and approval in all respects and subject to change.
>
> Please let us know if you would like to have a call to discuss.
>
> Regards,
>
> Lauren
>
> ---
>
> **Lauren C. Doyle | Milbank**
> 28 Liberty Street | New York, NY 10005
> T: +1 212.530.5053 | F: +1 212.822.5053
> ldoyle@milbank.com | www.milbank.com

> **From:** Valentino, Luke [mailto:lvalentino@sidley.com]
> **Sent:** Friday, April 01, 2016 4:09 PM
> **To:** Doyle, Lauren; Golenbock, Scott; Kinney, Brian
> **Cc:** Clemente, Matthew A.; Sekhon, Vijay S.; Ludwig, Jillian; Box, John R.; Shi, Sylvia
> **Subject:** Revised Molycorp Credit Bid Agreement
>
> Attached is a revised version of the credit bid agreement. This version incorporates your proposal regarding the capitalization of unpaid fees and the removal of the rights offering. As such, it is consistent with the terms of the settlement agreement and in final form. Please confirm.
>
> **LUKE J. VALENTINO**
>
> **SIDLEY AUSTIN LLP**
> One South Dearborn
> Chicago, IL 60603
> +1 312 853 7696
> lvalentino@sidley.com
> www.sidley.com
>
> SIDLEY
> 

****************************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

****************************************************************************************************

===========================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

===========================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail

Case 15-11357-CSS    Doc 1022-6    Filed 04/19/16    Page 4 of 28

message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

Case 15-11357-CSS    Doc 1822-7   Filed 04/19/16   Page 4 of 28

# EXHIBIT G

| From: | Ludwig, Jillian |
|---|---|
| To: | Leblanc, Andrew; Doyle, Lauren; Golenbock, Scott; Kinney, Brian; Ebberson, James; Dunne, Dennis; Khalil, Samuel |
| Cc: | Valentino, Luke; Clemente, Matthew A.; Sekhon, Vijay S.; Box, John R.; Shi, Sylvia; Brody, Joshua; Horowitz, Gregory |
| Subject: | Molycorp - Second Amended Credit Bid Agreement and Newco LLC Agreement |
| Date: | Saturday, April 16, 2016 5:22:35 PM |
| Attachments: | Second Amended Credit Agreement and Direction.pdf |
| | SNR LLC Agreement.pdf |
| | CP Redline - Molycorp Newco LLC Agreement v 14 to v 17.pdf |
| | CP Redline - Second Amended Credit Agreement and Direction v 13 to v 16.pdf |

All,

In connection with the closing of the Molycorp Minerals Sale, and in accordance with the terms of the prepetition Collateral Agency Agreement and the 10% Noteholder Group Settlement, attached please find the LLC Agreement and the Second Amended Credit Bid Agreement and Direction, with redlines against the versions that were circulated to you on Thursday. Please return Oaktree's signature page to the Joinder to the LLC Agreement to effectuate SNR's issuance to Oaktree of its pro rata interest (being 35.283%) of the common units in SNR.

Regards,

Jill

**JILLIAN K. LUDWIG**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 7523
jillian.ludwig@sidley.com

*************************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

*************************************************************************************************

Case 15-11357-CSS    Doc 1822-8    Filed 04/19/16    Page 1 of 28

# EXHIBIT H

| From: | Ludwig, Jillian |
|---|---|
| To: | Khalil, Samuel; Doyle, Lauren |
| Cc: | Golenbock, Scott; Leblanc, Andrew; Kinney, Brian; Ebberson, James; Dunne, Dennis; Valentino, Luke; Clemente, Matthew A.; Sekhon, Vijay S.; Box, John R.; Shi, Sylvia; Brody, Joshua; Gregory Horowitz |
| Subject: | RE: Molycorp - Second Amended Credit Bid Agreement and Newco LLC Agreement |
| Date: | Saturday, April 16, 2016 7:04:12 PM |
| Attachments: | image001.png |

Samuel,

We took Lauren's suggestion back to our clients following our call with her yesterday. Our clients do not wish to participate in a business-to-business meeting.

Regards,
Jill

Sent with Good Work (www.good.com)

**From:** Khalil, Samuel <SKhalil@milbank.com>
**Date:** Saturday, Apr 16, 2016, 5:11 PM
**To:** Doyle, Lauren <LDoyle@milbank.com>
Cc: Ludwig, Jillian <jillian.ludwig@sidley.com>, Golenbock, Scott <SGolenbock@milbank.com>, Leblanc, Andrew <ALeblanc@milbank.com>, Kinney, Brian <BKinney@milbank.com>, Ebberson, James <JEbberson@milbank.com>, Dunne, Dennis <DDunne@milbank.com>, Valentino, Luke <lvalentino@sidley.com>, Clemente, Matthew A. <mclemente@sidley.com>, Sekhon, Vijay S. <vsekhon@sidley.com>, Box, John R. <jbox@sidley.com>, Shi, Sylvia <sylvia.shi@sidley.com>, Brody, Joshua <JBrody@KRAMERLEVIN.com>
**Subject:** Re: Molycorp - Second Amended Credit Bid Agreement and Newco LLC Agreement

We have not received a response to this email, yet you are sending out documents. Are you ignoring it intentionally?

---

**Samuel A. Khalil** | Milbank
28 Liberty Street | New York, NY 10005
P: +1 212.530.5015 | F: +1 212.822.5015
skhalil@milbank.com | www.milbank.com

On Apr 15, 2016, at 6:22 PM, Doyle, Lauren <LDoyle@milbank.com> wrote:

Jill,

As discussed on our call, we think the best way to move this forward is for our clients to speak directly. We are happy to arrange this call over the weekend. Let us know what times work for your client or we can find out from Oaktree what times work for them.

Regards,
Lauren

Lauren C. Doyle | Milbank
28 Liberty Street | New York, NY 10005
T: +1 212.530.5053 | F: +1 212.822.5053
ldoyle@milbank.com | www.milbank.com

**From:** Ludwig, Jillian
**Sent:** Friday, April 15, 2016 3:09 PM
**To:** Doyle, Lauren; Golenbock, Scott; Leblanc, Andrew; Kinney, Brian; Ebberson, James; Dunne, Dennis; Khalil, Samuel
**Cc:** Valentino, Luke; Clemente, Matthew A.; Sekhon, Vijay S.; Box, John R.; Shi, Sylvia; Brody, Joshua
**Subject:** RE: Molycorp - Second Amended Credit Bid Agreement and Newco LLC Agreement

Lauren and Scott,
Are you available for an initial lawyer's only call at 2:30 CT / 3:30 ET to discuss?
We can use my dial-in:
1-888-446-7584
Code: 546 902
iPhone: 1-888-446-7584;;546902#
Regards,
Jill
**JILLIAN K. LUDWIG**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 7523
jillian.ludwig@sidley.com

**From:** Doyle, Lauren [mailto:LDoyle@milbank.com]
**Sent:** Friday, April 15, 2016 1:21 PM
**To:** Golenbock, Scott; Ludwig, Jillian; Leblanc, Andrew; Kinney, Brian; Ebberson, James; Dunne, Dennis; Khalil, Samuel
**Cc:** Valentino, Luke; Clemente, Matthew A.; Sekhon, Vijay S.; Box, John R.; Shi, Sylvia; Brody, Joshua
**Subject:** RE: Molycorp - Second Amended Credit Bid Agreement and Newco LLC Agreement

Jill,

As I mentioned on our call, Oaktree is available to get on a principals call to discuss the open issues. Let us know what works.

Thanks,
Lauren

---

**Lauren C. Doyle** | Milbank
28 Liberty Street | New York, NY 10005
T: +1 212.530.5053 | F: +1 212.822.5053
ldoyle@milbank.com | www.milbank.com

**From:** Golenbock, Scott
**Sent:** Friday, April 15, 2016 2:12 PM
**To:** 'Ludwig, Jillian'; Leblanc, Andrew; Doyle, Lauren; Kinney, Brian; Ebberson, James; Dunne, Dennis; Khalil, Samuel
**Cc:** Valentino, Luke; Clemente, Matthew A.; Sekhon, Vijay S.; Box, John R.; Shi, Sylvia; Brody, Joshua
**Subject:** RE: Molycorp - Second Amended Credit Bid Agreement and Newco LLC Agreement

All, revised drafts are attached, which are sent subject to our client's review and comments. Please let us know when you're available for a call to discuss.

Scott

---

**Scott Golenbock** | Milbank
28 Liberty Street | New York, NY 10005
T: +1 212.530.5181 | F: +1 212.530.5219
SGolenbock@milbank.com | www.milbank.com

**From:** Ludwig, Jillian [mailto:jillian.ludwig@sidley.com]
**Sent:** Thursday, April 14, 2016 7:23 PM
**To:** Leblanc, Andrew; Doyle, Lauren; Golenbock, Scott; Kinney, Brian; Ebberson, James; Dunne, Dennis; Khalil, Samuel
**Cc:** Valentino, Luke; Clemente, Matthew A.; Sekhon, Vijay S.; Box, John R.; Shi, Sylvia; Brody, Joshua
**Subject:** Molycorp - Second Amended Credit Bid Agreement and Newco LLC Agreement

Subject to FRE 408

All,

Attached please find the Second Amended Credit Bid Agreement and Direction and the SNR LLC Agreement, in connection with tomorrow's closing.

Please note that these documents remain subject to the comments and approval of JHL, QVT, the Trustee, and the Collateral Agent.

Regards,
Jill

**JILLIAN K. LUDWIG**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 7523
jillian.ludwig@sidley.com

**From:** Doyle, Lauren [mailto:LDoyle@milbank.com]
**Sent:** Wednesday, April 06, 2016 3:44 PM
**To:** Valentino, Luke; Golenbock, Scott; Kinney, Brian; Ebberson, James; Dunne, Dennis; Khalil, Samuel; Leblanc, Andrew
**Cc:** Clemente, Matthew A.; Sekhon, Vijay S.; Ludwig, Jillian; Box, John R.; Shi, Sylvia; jbrody@kramerlevin.com
**Subject:** RE: Revised Molycorp Credit Bid Agreement

Subject to FRE 408

As discussed with Matt, attached is a revised mark-up of the Credit Bidding Agreement. Please note that this draft has not been reviewed by Oaktree and remains subject to their review, comment, and approval in all respects and subject to change.

Please let us know if you would like to have a call to discuss.

Regards,
Lauren

---

**Lauren C. Doyle** | Milbank
28 Liberty Street | New York, NY 10005
T: +1 212.530.5053 | F: +1 212.822.5053
ldoyle@milbank.com | www.milbank.com

**From:** Valentino, Luke [mailto:lvalentino@sidley.com]
**Sent:** Friday, April 01, 2016 4:09 PM
**To:** Doyle, Lauren; Golenbock, Scott; Kinney, Brian
**Cc:** Clemente, Matthew A.; Sekhon, Vijay S.; Ludwig, Jillian; Box, John R.; Shi, Sylvia
**Subject:** Revised Molycorp Credit Bid Agreement

Attached is a revised version of the credit bid agreement. This version incorporates your proposal regarding the capitalization of unpaid fees and the removal of the rights offering. As such, it is consistent with the terms of the settlement agreement and in final form. Please confirm.

**LUKE J. VALENTINO**

**SIDLEY AUSTIN LLP**
One South Dearborn



Chicago, IL 60603
+1 312 853 7696
lvalentino@sidley.com
www.sidley.com

****************************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

****************************************************************************************************

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or
agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or
copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete
this e-mail message from your computer.

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent
responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-
mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from
your computer.

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible
for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly
prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

# EXHIBIT I

Execution Version Milbank Comments 4/19/16

## SECURE NATURAL RESOURCES LLC

### LIMITED LIABILITY COMPANY AGREEMENT

Dated as of April 15, 2016

THE LIMITED LIABILITY COMPANY INTERESTS REPRESENTED BY THIS LIMITED LIABILITY COMPANY AGREEMENT HAVE NOT BEEN REGISTERED UNDER THE UNITED STATES SECURITIES ACT OF 1933 OR UNDER ANY OTHER APPLICABLE SECURITIES LAWS.  SUCH INTERESTS MAY NOT BE SOLD, ASSIGNED, PLEDGED OR OTHERWISE DISPOSED OF AT ANY TIME WITHOUT EFFECTIVE REGISTRATION UNDER SUCH ACT AND LAWS OR EXEMPTION THEREFROM, AND COMPLIANCE WITH THE OTHER RESTRICTIONS ON TRANSFERABILITY SET FORTH HEREIN.

Execution Version

## TABLE OF CONTENTS

**Page(s)**

ARTICLE I DEFINITIONS ............................................................................................................ 1

    SECTION 1.1    Definitions .............................................................................................. 1

    SECTION 1.2    Definitions; Cross-References ................................................................. 1

    SECTION 1.3    Interpretation ........................................................................................ 1

ARTICLE II GENERAL PROVISIONS ........................................................................................ 1

    SECTION 2.1    Formation ............................................................................................... 1

    SECTION 2.2    Name ...................................................................................................... 1

    SECTION 2.3    Term ....................................................................................................... 1

    SECTION 2.4    Purpose; Powers .................................................................................... 1

    SECTION 2.5    Foreign Qualification ............................................................................ 1

    SECTION 2.6    Registered Office; Registered Agent; Principal Office; Other
                         Offices ................................................................................................... 1

    SECTION 2.7    Tax Classification ................................................................................. 1

ARTICLE III CLASSES OF UNITS; THE MEMBERS ............................................................. 1

    SECTION 3.1    Names, Addresses and Units of Members; Admission ......................... 1

    SECTION 3.2    Units ...................................................................................................... 1

    SECTION 3.3    Action by the Members ......................................................................... 1

    SECTION 3.4    Certain Reorganizations ........................................................................ 1

    SECTION 3.5    Freedom to Pursue Opportunities ......................................................... 1

    SECTION 3.6    Cooperation with an Initial Public Offering ......................................... 1

    SECTION 3.7    No Appraisal Rights .............................................................................. 1

ARTICLE IV MANAGEMENT OF THE COMPANY ................................................................ 1

    SECTION 4.1    Board of Managers; Delegation of Authority and Duties ..................... 1

**Execution Version**

SECTION 4.2   Establishment of the Board .................................................. 1

SECTION 4.3   Board Meetings ..................................................................... 1

SECTION 4.4   Approval or Ratification of Acts or Contracts ...................... 1

SECTION 4.5   Action by Written Consent or Telephone Conference .......... 1

SECTION 4.6   Officers and Agents ............................................................. 1

ARTICLE V DISTRIBUTIONS ......................................................................... 1

SECTION 5.1   Distributions ........................................................................ 1

SECTION 5.2   Security Interest and Right of Set-Off or Recoupment ........ 1

ARTICLE VI TRANSFERABILITY OF INTERESTS; ADMISSION AND
RESIGNATION OF MEMBERS ....................................................................... 1

SECTION 6.1   Restrictions on Transfer ...................................................... 1

SECTION 6.2   Right of First Refusal ........................................................... 1

SECTION 6.3   Tag-Along Rights .................................................................. 1

SECTION 6.4   Drag-Along Rights ................................................................ 1

SECTION 6.5   Representations, Warranties and Covenants in Connection with
Sales ..................................................................................... 1

SECTION 6.6   Permitted Transfers .............................................................. 1

SECTION 6.7   Admission of Additional Members ....................................... 1

SECTION 6.8   Effect of Transfer ................................................................. 1

ARTICLE VII PREEMPTIVE RIGHTS ............................................................. 1

SECTION 7.1   Determination by Board ....................................................... 1

ARTICLE VIII REGISTRATION RIGHTS ........................................................ 1

SECTION 8.1   Demand Registration ............................................................ 1

SECTION 8.2   Piggyback Registration ........................................................ 1

SECTION 8.3   Expenses of Registration ...................................................... 1

SECTION 8.4    Obligations of the Company ........................................................ 1

SECTION 8.5    Indemnification ........................................................ 1

SECTION 8.6    Information by Holder ........................................................ 1

SECTION 8.7    Assignment of Registration Rights ........................................................ 1

SECTION 8.8    Delay of Registration ........................................................ 1

SECTION 8.9    Limitations on Subsequent Registration Rights ........................................................ 1

SECTION 8.10   Rule 144 and 144A ........................................................ 1

SECTION 8.11   "Market Stand Off" Agreement ........................................................ 1

SECTION 8.12   Termination of Registration Rights ........................................................ 1

ARTICLE IX INFORMATION RIGHTS ........................................................ 1

SECTION 9.1    Books and Records ........................................................ 1

SECTION 9.2    Fiscal Year ........................................................ 1

SECTION 9.3    Accounting and Financial Matters ........................................................ 1

ARTICLE X REPRESENTATIONS, WARRANTIES AND COVENANTS ........................................................ 1

SECTION 10.1   Representations, Warranties and Covenants of Each of the Parties ........................................................ 1

SECTION 10.2   Additional Representations, Warranties and Covenants of the Company ........................................................ 1

ARTICLE XI LIABILITY, EXCULPATION, INDEMNIFICATION ........................................................ 1

SECTION 11.1   Liability ........................................................ 1

SECTION 11.2   Exculpation ........................................................ 1

SECTION 11.3   Indemnification ........................................................ 1

SECTION 11.4   Exception to Right of Indemnification ........................................................ 1

SECTION 11.5   Advancement of Expenses ........................................................ 1

SECTION 11.6   Notice of Proceedings ........................................................ 1

**Execution Version**

SECTION 11.7    Non-Exclusivity; Survival of Rights; Primacy of Indemnification;
Subrogation    1

ARTICLE XII DISSOLUTION; WINDING UP    1

SECTION 12.1    Dissolution    1

SECTION 12.2    Winding Up    1

SECTION 12.3    Order of Distribution    1

SECTION 12.4    No Resignation or Removal    1

ARTICLE XIII MISCELLANEOUS    1

SECTION 13.1    Confidentiality    1

SECTION 13.2    Notices    1

SECTION 13.1    Amendments and Waivers    1

SECTION 13.2    Governing Law    1

SECTION 13.3    Jury Trial    1

SECTION 13.4    Successors and Assigns    1

SECTION 13.5    Entire Agreement    1

SECTION 13.6    No Effect Upon Lending Relationships    1

SECTION 13.7    Counterparts    1

SECTION 13.8    Section Titles    1

SECTION 13.9    Severability    1

SCHEDULE A    List of Members
EXHIBIT A    Form of Joinder Agreement

**Execution Version**

## LIMITED LIABILITY COMPANY AGREEMENT OF
## SECURE NATURAL RESOURCES LLC

This Limited Liability Company Agreement (this "Agreement") of Secure Natural Resources LLC, a Delaware limited liability company (the "Company"), dated and effective as of April 15, 2016, is entered into by and among the Company, the Members (as defined below) set forth in Schedule A hereto (the "Initial Members") and each other Person who becomes a Member in accordance with the terms of this Agreement.

## RECITALS

WHEREAS, the Company was formed on February 24, 2016 as a limited liability company under the Act by the filing of the Certificate of Formation of the Company (the "Certificate") with the office of the Secretary of State of the State of Delaware; and

WHEREAS, on the date hereof, the Initial Members are acquiring Common Units (as defined below) in the Company in exchange for certain indebtedness held by the Initial Members and issued by Molycorp, Inc., a Delaware corporation ("Molycorp") in accordance with the Asset Purchase Agreement (as defined below), and all parties hereto desire to set forth the terms and conditions of the ownership, management and operation of the Company.

NOW THEREFORE, in consideration of the mutual covenants and agreements contained herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto, each intending to be legally bound, hereby agree as follows:

## ARTICLE I

## DEFINITIONS

SECTION 1.1        Definitions.  For purposes of this Agreement, the following terms shall have the following meanings:

"10% Notes" means the 10% Senior Secured Notes issued by Molycorp pursuant to the Indenture dated as of May 25, 2012 among Molycorp, the Guarantors party thereto, and UMB Bank, N.A., as successor trustee to Wells Fargo Bank, National Association.

"Act" means the Delaware Limited Liability Company Act, Title 6, §§ 18-101, et seq.

"Affiliate" means, with respect to any Person, (i) any other Person that Controls, is Controlled by, or is under common Control with such Person, and (ii) any investment fund or account sponsored or managed by such Person or any other Person that Controls, is Controlled by, or is under common Control with such Person; and the term "Affiliated" has a meaning correlative to the foregoing.  No Member shall be deemed to be an Affiliate of

1

another Member solely due to a Member's ownership of Securities or by virtue of this Agreement.[1]

Notwithstanding the foregoing, the Company, its Subsidiaries and its other Controlled Affiliates shall not be considered Affiliates of any Member.

"Applicable Law" means, with respect to any Person, all provisions of laws, statutes, ordinances, rules, regulations, permits, certificates, judgments, decrees or orders of any Governmental Authority applicable to such Person.

"Asset Purchase Agreement" means that Asset Purchase Agreement, dated April 15, 2016, by and among Molycorp, the other sellers party thereto and the Company.

"beneficial owner" has the meaning ascribed to such term in Rule 13d-3 of the Exchange Act.

"Business Day" means any day other than a Saturday, Sunday or other day on which banks in New York, New York are authorized or required by law to be closed.

"Common Member" means a Member that owns any Common Units.

"Common Unit" means a Unit representing a limited liability company interest in the Company with the rights and obligations specified in this Agreement with respect to Common Units.

"Closing Date" means April 15, 2016.

"Control" shall mean the possession, directly or indirectly, of the power to direct or cause the direction of the management or policies of a Person, whether through the ownership of voting securities, by contract or otherwise, and the terms "Controlling" and "Controlled" shall have meanings correlative thereto.

"Covered Person" means (a) each current or former Officer or Manager, in each case in his, her or its capacity as such, or in his or her capacity as a director, officer, employee or agent of another limited liability company or corporation, partnership, joint venture, trust or other enterprise, including service with respect to an employee benefit plan, where serving at the request of the Company, and each such Person's successors, heirs, estates or legal representatives, (b) each Person, if any, to whom or which any rights or responsibilities of the Board hereunder have been assigned, delegated, designated or otherwise Transferred, (c) any Affiliate, in his, her or its capacity as such, of each Member or of any Person set forth in clause (b), and (d) each director, officer, member, manager, shareholder, trustee, employee, partner, beneficiary, Affiliate, agent and Controlling Person, in his, her or its capacity as such, of each Member or of any other Person set forth in clauses (b) or (c); in each case in

---

[1] **Note to Sidley: Per the term sheet previously circulated as an attachment to the Credit Bid Agreement, customary limitations on affiliate transactions need to be added.**

2

clauses (a), (b), (c) and (d) whether or not such Person continues to have the applicable status referred to in such clauses.

"Credit Bid Agreement" means the Second Amended and Restated Credit Bid Agreement and Direction dated as of April 15, 2016 by and among (i) JHL Capital Group Holdings One LLC, QVT Fund V LP, QVT Fund IV LP, and Quintessence Fund L.P., (ii) UMB Bank, N.A., (iii) Wells Fargo Bank, National Association, and (iv) the Company.

"Disabling Conduct" means, in respect of any Person, an act or omission (a) that is a criminal act by such Person that such Person had no reasonable cause to believe was lawful, (b) that constitutes fraud, bad faith, gross negligence or willful misconduct by such Person or (c) that is a material violation of this Agreement or such Person's employment, consulting or similar agreement with the Company or any of its Subsidiaries.

"Distributable Assets" means all cash receipts, and, if distribution thereof is determined to be desirable by the Board, other assets of the Company from any and all sources, reduced by operating expenses, payments (if any) required to be made in connection with any loan to the Company and any reserves established by the Board in good faith for unpaid expenses, contingent obligations or other liabilities.

"Encumbrance" means any charge, claim, community or other marital property interest, right of first option, right of first refusal, mortgage, pledge, lien, security interest or other encumbrance (except as resulting from the express terms of this Agreement).

"ERISA" means the Employee Retirement Income Security Act of 1974, as amended.

"Exchange Act" means the Securities Exchange Act of 1934, as amended, and the rules and regulations of the SEC promulgated thereunder.

"Fair Market Value" means, with respect to any Unit, property or asset, as of any date of determination, the fair market value of such Unit, property or asset as determined by the Board in good faith.

"Governmental Authority" means any international, national, federal, state, provincial or local governmental, regulatory or administrative authority, agency, commission, court, tribunal, arbitral body or self-regulated entity, whether domestic or foreign.

"Holder" means any Member owning Registrable Securities, securities exercisable for or convertible into Registrable Securities or securities exercisable for securities convertible into Registrable Securities.

"Initial Public Offering" means the first underwritten public offering and sale of common equity of a Person (including, in the case of the Company or any of its Subsidiaries, any entity created and used as a vehicle for offering the securities of the Company or any of its Subsidiaries, as the case may be) to the public pursuant to an effective registration statement filed with the SEC pursuant to the Securities Act; provided, that an Initial Public Offering shall