# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Molycorp Minerals, LLC

**Case No.:** 15–11371–CSS

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

*David D. Bird*

David D. Bird, Clerk of Court

Date: 4/22/16
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                                  Case No. 15-11371-CSS
Molycorp Minerals, LLC                                                  Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1        User: DMC              Page 1 of 2              Date Rcvd: Apr 22, 2016
                            Form ID: van440        Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2016.
aty          Andrew R. Remming,    Morris, Nichols, Arsht & Tunnell LLP,   1201 North Market Street,
              P.O. Box 1347,   Wilmington, DE  19899-1347
            +Aaron L. Renenger,    MILBANK TWEED HADLEY & MCCLOY LLP,   1850 K Street, NW,   Suite 1100,
              Washington, DC 20006-2236
            +Andrew Dove,    KRAMER LEVIN,    1177 Avenue of the Americas,   New York, NY 10036-2714
            +Andrew M. Leblanc,    MILBANK TWEED HADLEY & MCCLOY LLP,   28 Liberty Street,
              New York, NY 10005-1400
            +Andrew Tenzer,    PAUL HASTINGS LLP,    75 E. 55th Street,   New York, NY 10022-3404
            +Ashley E. Jacobs,    YOUNG CONAWAY,    Rodney Square,   1000 N. King Street,
              Wilmington, DE 19801-3335
            +Benjamin Keenan,    ASHBY & GEDDES,    500 Delaware Avenue,   8th Floor,
              Wilmington, DE 19899-7101
            +Brad B. Erens,    JONES DAY,    77 West Wacker,   Chicago, IL 60601-1692
            +Colin Robinson,    PACHULSKI STANG,    919 N. Market Street,   17th Flooor,
              Wilmington, DE 19801-3023
            +Dennis F. Dunne,    MILBANK TWEED HADLEY & MCCOY, LLP,   28 Liberty Street,
              New York, NY 10005-1400
            +Edmon L. Morton,    YOUNG CONAWAY,    Rodney Square,   1000 N. King Street,
              Wilmington, DE 19801-3335
            +George R. Howard,    JONES DAY,   222 E. 41st Street,   New York, NY 10017-6727
            +Gregory Horowitz,    KRAMER LEVIN,   1177 Avenue of the Americas,   New York, NY 10036-2714
            +Gregory Taylor,    ASHBY & GEDDES,   500 Delaware Avenue,   8th Floor,
              Wilmington, DE 19899-7101
            +Gregory Werkheiser,    MORRIS NICHOLS ARSHT & TUNNELL, LLP,   1201 North Market Street,
              16th Floor,   Wilmington, DE 19801-1146
            +James O'Neill,    PACHULSKI STANG,   919 N. Market Street,   17th Floor,
              Wilmington, DE 19801-3034
            +John J. Ramirez,    PAUL HASTINGS LLP,   75 East 55th Street,   New York, NY 10022-3404
            +Joseph Tiller,    JONES DAY,   77 West Wacker,   Chicago, IL 60601-1692
            +Joshua Brody,    KRAMER LEVIN,   1177 Avenue of the Americas,   New York, NY 10036-2714
            +Justin H. Rucki,    YOUNG CONAWAY,   Rodney Square,   1000 N. King Street,
              Wilmington, DE 19801-3335
            +Laura Davis Jones,    PACHULSKI STANG,   919 N. Market Street,   17th Floor,
              Wilmington, DE 19801-3034
            +Lauren C. Doyle,    MILBANK TWEED HADLEY & MCCLOY LLP,   28 Liberty Street,
              New York, NY 10005-1400
            +Linda Luciano,    JONES DAY,   North Point,   901 Lakeside Avenue,   Cleveland, OH 44114-1163
            +Lisa Laukitis,    JONES DAY,   222 E. 41st Street,   New York, NY 10017-6727
            +Luc Despins,    PAUL HASTINGS LLP,   75 E. 55th Street,   New York, NY 10022-3404
            +Paul D. Leake,    JONES DAY,   222 E. 41st Street,   New York, NY 10017-6727
            +Robert Dehney,    MORRIS NICHOLS ARSHT & TUNNELL, LLP,   1201 North Market Street,   16th Floor,
              Wilmington, DE 19801-1146
            +Samuel A. Khalil,    MILBANK TWEED HADLEY & MCCOY, LLP,   28 Liberty Street,
              New York, NY 10005-1400
            +Stacy Newman,    ASHBY & GEDDES,   500 Delaware Avenue,   8th Floor,   Wilmington, DE 19899-7101
            +Thomas Mayer,    KRAMER LEVIN,   1177 Avenue of the Americas,   New York, NY 10036-2714
            +William Bowden,    ASHBY & GEDDES,   500 Delaware Avenue,   8th Floor,
              Wilmington, DE 19899-7101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2016                                Signature:  /s/Joseph Speetjens

```
District/off: 0311-1            User: DMC                    Page 2 of 2                 Date Rcvd: Apr 22, 2016
                                Form ID: van440              Total Noticed: 31
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2016 at the address(es) listed below:
              Andrew R. Remming    on behalf of Interested Party    OCM MLYCo CTB Ltd. aremming@mnat.com,
               rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com
              Edmon L. Morton    on behalf of Debtor    Industrial Minerals, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    Molycorp Advanced Water Technologies, LLC
               bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    PP IV Mountain Pass II, Inc. bankfilings@ycst.com
              Justin Cory Falgowski    on behalf of Creditor    Wells Fargo Bank, National Association, as
               Indenture Trustee and Collateral Agent jfalgowski@reedsmith.com,    jfalgowski@reedsmith.com
              Kurt F. Gwynne    on behalf of Creditor    Wells Fargo Bank, National Association, as Indenture
               Trustee and Collateral Agent kgwynne@reedsmith.com,    llankford@reedsmith.com
              Luke A. Sizemore    on behalf of Creditor    Wells Fargo Bank, National Association, as Indenture
               Trustee and Collateral Agent lsizemore@reedsmith.com
              M. Blake  Cleary    on behalf of Debtor    PP IV Mountain Pass Inc. bankfilings@ycst.com
              M. Blake  Cleary    on behalf of Debtor    RCF IV Speedwagon Inc. bankfilings@ycst.com
              M. Blake  Cleary    on behalf of Debtor    Molycorp Minerals, LLC bankfilings@ycst.com
              United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
                                                                                             TOTAL: 11
```