IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Molycorp Minerals, LLC et al.,

| | |
|---|---|
| ) | |
| OCM MLYCo CTB Ltd.  ) | |
|     Appellant  ) | Civil Action No.16-288 |
| v.  ) | BK Case No. 15-11371 CSS |
| ) | BAP No. 16-21 |
| Molycorp Minerals, LLC  .) | |
|     Appellee  ) | |

## NOTICE OF DOCKETING

A Notice of Appeal of the following Transcript of the Bankruptcy Court dated 04/21/2016 docketed in the District Court on 04/25/2016.

**Transcript of Hearing Before Honorable Christopher S. Sontchi United States Bankruptcy Judge**

In accordance with the Standing Order of the Court dated August 27,2015, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

/aah                                                   John A. Cerino
                                                       Clerk of Court

Date:  04/25/2016
To:    U.S. Bankruptcy Court
       Appellant via mail
       Counsel via mail