IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              : Chapter 11
                                                    :
MOLYCORP MINERALS, LLC., *et al.*,[1]               : Case No. 15-11371 (CSS)
                                                    :
           Debtors.                                 : (Jointly Administered)
                                                    :
                                                    : Related to Docket No. 36
---------------------------------------------------------------x

**NOTICE OF FILING OF CORRECTED EXHIBIT C APPLICATION OF CHAPTER 11 TRUSTEE, PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 2014 AND LOCAL BANKRUPTCY RULE 2014-1, FOR THE ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BALLARD SPAHR LLP AS COUNSEL TO THE TRUSTEE, *NUNC PRO TUNC* AS OF THE APPOINTMENT DATE**

**PLEASE TAKE NOTICE** that on May 13, 2016, Paul E. Harner, the chapter 11 trustee (the "Trustee") in the above-captioned chapter 11 cases of Molycorp Minerals, LLC, *et al.* (collectively, the "Debtors") filed the *Application of Chapter 11 Trustee, Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rule 2014 and Local Bankruptcy Rule 2014-1, for the Entry of an Order Authorizing the Retention and Employment of Ballard Spahr LLP as Counsel to The Trustee, Nunc Pro Tunc as of the Appointment Date* (Docket No. 36) (the "Application")

**PLEASE TAKE FURTHER NOTICE** that several pages of Exhibit C were inadvertently not included with the exhibit as filed.

---

[1] The Debtors are the following 6 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Molycorp Minerals, LLC (4170); Industrial Minerals, LLC; Molycorp Advanced Water Technologies, LLC (1628); PP IV Mountain Pass, Inc. (1205); PP IV Mountain Pass II, Inc. (5361); and RCF IV Speedwagon Inc. (0845). Molycorp's United States headquarters is located at 5619 DTC Parkway, Suite 1000, Greenwood Village, Colorado 80111.

**PLEASE TAKE FURTHER NOTICE** that attached hereto is a corrected Exhibit C to the Application.

| | |
|---|---|
| Dated: May 13, 2016<br>Wilmington, Delaware | */s/ Matthew G. Summers*<br>Tobey M. Daluz, Esquire (No. 3939)<br>Matthew G. Summers, Esquire (No. 5533)<br>Leslie C. Heilman, Esquire (No. 4716)<br>BALLARD SPAHR LLP<br>919 North Market Street, 11th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail: daluzt@ballardspahr.com<br>    summersm@ballardspahr.com<br>    heilmanl@ballardspahr.com<br><br>    and<br><br>Vincent J. Marriott, III, Esquire<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 864-8236<br>Facsimile: (215) 864-9762<br>E-mail: marriott@ballardspahr.com<br><br>    and<br><br>Dawn A. Messick, Esquire<br>Ballard Spahr LLP<br>655 West Broadway, Suite 1600<br>San Diego, CA 92101-8494<br>Telephone: (619) 696-9200<br>Facsimile: (619) 696 -9269<br>E-mail: messickd@ballardspahr.com<br><br>*Proposed Counsel for Paul E. Harner as Chapter 11 Trustee* |