## CERTIFICATE OF SERVICE

I, Matthew G. Summers, Esquire, do hereby certify that, on this 13th day of May, 2016, I caused a true and correct copy of the *Notice of Filing of Corrected Exhibit C to Application of Chapter 11 Trustee, Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rule 2014 and Local Bankruptcy Rule 2014-1, for the Entry of an Order Authorizing the Retention and Employment of Ballard Spahr LLP as Counsel to The Trustee, Nunc Pro Tunc as of the Appointment Date* to be served on the addressees listed on the attached service list in the manner indicated.

>  */s/ Matthew G. Summers*
>  Matthew G. Summers, Esquire (No. 5533)
>  BALLARD SPAHR LLP

Dated: May 13, 2016
Wilmington, Delaware

## SERVICE LIST

**Via Hand Delivery:**

M. Blake Cleary, Esquire
Young, Conaway, Stargatt & Taylor
1000 North King Street
Wilmington, DE 19801

Davit Buchbinder, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Kurt F. Gwynne, Esquire
J. Cory Falgowski, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Gary D. Bressler, Esquire
McElroy, Deutsch, Mulvaney& Carpenter, LLP
300 Delaware Ave., Suite 770
Wilmington, DE 19801

Joseph H. Huston, Jr., Esquire
STEVENS &LEE, P.C.
919 North Market Street, Suite 1300
Wilmington, DE 19801

William P. Bowden, Esquire
Gregory A. Taylor, Esquire
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150

Robert J. Dehney, Esquire
Gregory W. Werkheiser, Esquire
Andrew R. Remming, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE  19899

**Via First Class U.S. Mail:**

Eric A. Schaffer, Esquire
Luke A. Sizemore, Esquire
Reed Smith LLP
225 Fifth Avenue. Suite 1200
Pittsburgh PA 15222

William W. Kannel, Esquire
Ian A. Hammel, Esquire
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111

Todd C. Ringstad, Esquire
Christopher A. Minier, Esquire
RINGSTAD & SANDERS, LLP
2030 Main Street, Suite 1600
Irvine, CA 92614

Luc A. Despins, Esq.
Michael E. Comerford, Esq.
John J. Ramirez, Esq.
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166

Dennis F. Dunne, Esquire
Samuel A. Khalil, Esquire
Lauren C. Doyle, Esquire
Milbank Tweed, Hadley & McCloy LLP
28 Liberty Street
New York, NY  1005

Andrew M. Leblanc, Esquire
Aaron L. Renenger, Esquire
Milbank Tweed, Hadley & McCloy LLP
1850 K. Street NW, Suite 1100
Washington, DC  20006

Magnequench International Inc.
237 S. Pendleton Avenue
Pendleton IN  46064

Komatsu Equipment Co.
3825 Losee Rd North
Las Vegas NV  89030

MP Environmental Services
3400 Manor Street
Bakersfield CA  93380

Osterbauer Compressor Service
5041 Santa Fe Avenue
Vernon CA 90058

Milbank, Tweed, Hadley & McCloy
601 S. Figueroa St., 30th Floor
Los Angeles CA 90017

Veolia Water North America
4760 World Houston Pkwy
Houston TX 77032

Atlas Copco Cmt USA LLC
2231 La Mirada Drive
Vista CA  92081

Tic - The Industrial Company
1550 James Road
Bakersfield CA 93308

Cr Meyer And Sons Company
1717 North 26th Street
Escanaba MI 49829

Edf, Inc.
4700 West Sam Houston Pkwy North
Houston TX 77088

Enterprise FM Trust
7201 S. Fulton St
Centennial CO 80112

Thorpe Plant Services, Inc.
228 W. Industrial Park Road
Harrison AR 72601

Total-Western, Inc.
8049 Somerset Blvd.
Paramount CA 90723

The Penta Building Group, LP
181 E Warm Springs Rd.
Las Vegas NV 89119

Ch2m Hill Engineers, Inc.
9191 S. Jamaica St.
Englewood Co 80112

Wells Fargo Bank, National Assoc.
P.O. Box 1450
Minneapolis MN 55485

Pronto Constructors
P.O. Box 60848
Boulder City NV 89006

Ram Enterprises
1225 West Main Street
Elko NV 89801

Tronox Alkali Wyoming Corporat
P.O. Box 872
Green River WY 82935

Goodwest Linings & Coatings, Inc.
8814 Industrial Lane
Rancho Cucamonga CA 91730