UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

```
                                    .  Chapter 11
IN RE:                              .
                                    .  Case No. 15-11371 (CSS)
MOLYCORP MINERALS, LLC, et al,      .
                                    .  Courtroom No. 6
                                    .  824 Market Street
                                    .  Wilmington, Delaware 19801
                Debtors.            .
. . . . . . . . . . . . . . . . . .    Thursday, June 2, 2016
```

TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

Chapter 11 Trustee:          Paul E. Harner, Esq.
                             BALLARD SPAHR, LLP
                             300 East Lombard Street, 18th Floor
                             Baltimore, Maryland 21202

For the Chapter 11
Trustee:                     Tobey M. Daluz, Esq.
                             Matthew G. Summers, Esq.
                             BALLARD SPAHR, LLP
                             919 North Market Street, 11th Floor
                             Wilmington, Delaware 19801

For the U.S. Trustee:        David L. Buchbinder, Esq.
                             OFFICE OF THE U.S. TRUSTEE
                             844 King Street, Suite 2207
                             Wilmington, Delaware 19801

(Appearances Continued)

Audio Operator:              Electronically Recorded
                             by Leslie Murin, ECRO

Transcription Company:       Reliable
                             1007 N. Orange Street
                             Wilmington, Delaware 19801
                             (302)654-8080
                             Email:  gmatthews@reliable-co.com

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.

APPEARANCES:   (Continued)

For the Plan Debtors:                    Edmon L. Morton, Esq.
                                         YOUNG, CONAWAY, STARGATT
                                          & TAYLOR, LLP
                                         Rodney Square
                                         1000 North King Street
                                         Wilmington, Delaware 19801


For the Official Committee
of Unsecured Creditors:                  Gregory A. Taylor, Esq.
                                         ASHBY & GEDDES, PA
                                         500 Delaware Avenue
                                         Wilmington, Delaware 19899


For Oaktree:                             Andrew Remming, Esq.
                                         MORRIS, NICHOLS, ARSHT
                                          & TUNNEL, LLP
                                         1201 North Market Street
                                         Suite 1800
                                         Wilmington, Delaware 19801

For Westchester Fire
Insurance:                               Gary D. Bressler, Esq.
                                         MCELROY, DEUTSCH, MULVANEY
                                          & CARPENTER, LLP
                                         300 Delaware Avenue, Suite 770
                                         Wilmington, Delaware 19801


For the County of San
Bernardino:                              Joseph H. Huston, Jr., Esq.
                                         STEVENS & LEE
                                         1105 North Market Street, Suite 700
                                         Wilmington, Delaware 19801


APPEARANCES VIA TELEPHONE:

For the Official Committee
of Unsecured Creditors:                  Luc A. Despins, Esq.
                                         PAUL HASTINGS, LLP

For UMB Bank as 10 Percent
Note Trustee:                            Ian Hammel, Esq.
                                         MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
                                          & POPEO, PC


(Appearances Continued)

APPEARANCES VIA TELEPHONE:   (Continued)

For Oaktree:                Andrew LeBlanc, Esq.
                            Lauren Doyle, Esq.
                            MILBANK, TWEED, HADLEY
                             & MCCLOY, LLP

For Molycorp, Inc.:         Brad Erens, Esq.
                            Lisa Laukitis, Esq.
                            JONES DAY, LLP

For the County of San
Bernardino:                 Christopher A. Minier, Esq.
                            RINGSTAD & SANDERS, LLP

For Westchester Fire
Insurance:                  Louis A. Modugno, Esq.
                            MCELROY, DEUTSCH, MULVANEY
                             & CARPENTER, LLP

1          (Proceedings commence at 1:14 p.m.)

2          (Call to order of the Court)

3                THE COURT:  Please be seated.  Good afternoon.

4                MS. DALUZ:  Good afternoon, Your Honor.  Tobey Daluz,

5     on behalf of the Chapter 11 Trustee Paul Harner.

6                This is the time set aside for the Molycorp Minerals

7     bankruptcy cases.  One's now bifurcated and one is a part of

8     the Molycorp, Inc. bankruptcy cases.

9                We thought it would be best, since it's been about a

10    month, since the appointment of the trustee to come in and give

11    Your Honor a status report and share some of the progress we've

12    made in the case, although, not necessarily reflected on the

13    docket.  With your permission, we're going to have Mr. Harner

14    make that presentation from the podium.

15                THE COURT:  Uh-huh.

16                MS. DALUZ:  And then after he completes his

17    presentation, then we have one or two administrative parties to

18    raise with Your Honor.

19                THE COURT:  Okay.  Very good.

20                MS. DALUZ:  Thank you.

21                THE COURT:  Thank you.

22                THE CLERK:  I think that's the phone.

23                THE COURT:  Huh?

24                THE CLERK:  The phone.

25                THE COURT:  Is that the phone clicking?

1          THE CLERK:  Uh-huh.

2          THE COURT:  Can we mute -- well, I think we'll live

3    with it.

4          THE CLERK:  Okay.

5          THE COURT:  Okay.  Yes, sir.  Go ahead.

6          MR. HARNER:  Thank you, Your Honor.  For the record,

7    Paul Harner, as Chapter 11 Trustee, for what is now known as

8    the "Molycorp Minerals Debtors."

9          I appreciate very much your indulgence in allowing me

10   to speak from the podium today.  I think it might go more

11   smoothly than if you had to listen to questions and answers, so

12   --

13         THE COURT:  Absolutely.  Happy to have it happen.  Not

14   unusual at all for a trustee to address the Court directly.

15         MR. HARNER:  We understand that, but, of course,

16   wanted to make sure we asked the question, Your Honor.

17         THE COURT:  Of course.

18         MR. HARNER:  We actually do have a brief presentation

19   today and the lawyers couldn't quite make the technology work

20   and we understand it was making an annoying flashing on the

21   screen --

22         THE COURT:  Right.

23         MR. HARNER:  -- but we do have that in hard copy.

24   We've passed that out to everyone who's in the courtroom.  And

25   I also have a copy for Your Honor, if I may I approach?

1          THE COURT:  Yes, please.

2          MR. HARNER:  And also one for your deputy.

3          THE COURT:  She doesn't need one.  She's fine.

4          THE CLERK:  I think the press --

5          THE COURT:  But the press would like one.

6     (Laughter)

7          THE COURT:  All right.  Thank you very much.

8          And we're getting a little feedback on the phone, so

9     let's try to work through that if we can.  If it becomes too

10    troublesome, we'll mute the phone, but I hesitate to do that

11    since it's an open hearing.

12         MR. HARNER:  Yes, Your Honor.  And also for the

13    benefit of those on the phone, solely because there are a

14    number of photographs in here, this filed turned out to be very

15    large and was being rejected by some email servers.  If anyone

16    who would like to see this in hard copy after the presentation

17    this morning -- this afternoon, rather -- would either email me

18    or Mr. Summers at the Ballard Spahr firm would be happy to get

19    that to you, either electronically on a thumbdrive or if we can

20    get it through the email systems or certainly to provide a hard

21    copy.  I apologize to those who are on the phone that we were

22    not able to do that in various cases.

23         THE COURT:  That's all right.  Thank you very much.

24         MR. HARNER:  Thank you, Your Honor.

25         My understanding is that you may not have heard a

1    detailed presentation about the facility itself so my intention

2    is to take just a couple of three minutes to walk you through

3    exactly what's there and what these remaining minerals debtors'

4    cases are all about, including the facility itself.  And then

5    to spend the second half of the presentation talking about what

6    has transpired since the appointment of a trustee.

7    Serendipitously, it's been exactly one month since the Court

8    approved U.S. Trustee's appointment of a trustee in these

9    cases.

10        We have made a great deal of progress so far and I

11   want to make sure the Court is aware of that.  I should also

12   say, by way of preliminaries, that it is not our intention,

13   Your Honor, to submit this document and the presentation as

14   evidence -- as a piece of evidence, but simply for the Court's

15   and the parties' information.  And we would intend, with the

16   Court's indulgence, as the case proceeds, to do similar status

17   reports of this kind, although I can't promise that we're going

18   to burden anyone with a series of photographs like this.

19        For the benefit of the Court and those who are in the

20   courtroom, Page 2 of this presentation simply is a picture of

21   what you see as you drive into the gate of the Mountain Pass

22   facility.  And I should say at the outset that although this

23   had been previewed and many of the parties refer to it as a

24   mine, we have taken to the nomenclature "facility" because

25   that's really what it is.

1        The mine, itself, which you'll see a photograph of in

2   just a moment is only about ten percent of what's there.  This

3   is a twenty-two-hundred-acre facility and, in fact, rare earth

4   minerals are mined there on the property itself.

5        But the remaining grounds and the various buildings,

6   only a very small number of which you'll see in this

7   presentation, are actually a very sophisticated, state-of-the-

8   art, recently constructed chemical-processing facility,

9   specifically designed to deal with the kinds of rare earth

10  minerals that come out of the ground at Mountain Pass.

11       The Mountain Pass minerals are largely located on that

12  site and, thus far, have been taken out of the underground mine

13  that you'll see momentarily.  But the mineral rights that apply

14  to the facility, which are now owned by the joint venture known

15  as SNR, between the previous 10 Percent Noteholders and

16  Oaktree, actually hold mineral rights on the property.  But

17  there are also mineral rights on adjacent property that is

18  government land, so-called Molybdenum mineral rights that are

19  available to the debtors, as long as regulatory compliance has

20  been achieved and so forth, if, at some future date, it becomes

21  to advantageous to produce out of those additional surrounding

22  lands at the facility.

23       What you have on the next page, Your Honor, is simply

24  a very brief history of the facility.  Mountain Pass is located

25  itself on the south flank of the Clark Mountain Range.  If you

1   can envision a map of Nevada and California, it basically is 45

2   to 50 minutes southwest of Las Vegas --

3          THE COURT:  Okay.

4          MR. HARNER:  -- so right across the border.

5          THE COURT:  Yes.

6          MR. HARNER:  It's in what the locals refer to as the

7   High Mohave Desert.  I've now paid three visits to the mine.  I

8   just returned from my third late last night.  I can tell you

9   the temperature difference between Las Vegas and the high

10  desert is happily about 25 degrees cooler at the facility --

11         THE COURT:  Okay.

12         MR. HARNER:  -- than it is on the Las Vegas Strip.

13         The rare earth facility itself or the rare earth mine,

14  itself, is intended to extract from a 1.4-billion-year-old

15  Precambrian carbonatite rock deposit.  The rock that is pulled

16  out of the ground contains about 8 to 12 percent rare earth

17  oxides.  They mostly come out of the mineral, bastnasite -- I'm

18  going back to high school chemistry in my old age, Your Honor.

19         The known remaining reserves are estimated to exceed

20  20 million tons of other ore.  This was as of 2008.  That's

21  probably still a good estimate because not a lot of heavy

22  production has been done at the mine since that time.  This is

23  using a five-percent cutoff grade, meaning how much of usable

24  mineral is actually obtainable out of the rock that's pulled

25  out of the ground.  And it averages about 8.24 percent rare

1    earth oxides that's pulled out of the ground.

2           On the next page, you actually see what the mine hole

3    itself looks like.  This is not a shaft mine.  This is a mine

4    that is stripped out of a large hole in the ground.  You're

5    seeing actually the bottom of it.  It currently is about 425

6    feet deep.

7           I can assure you, by the way, that the green substance

8    that you're seeing at the bottom here is not toxic material.

9    This actually is largely brine and it results from the runoff

10   of rainwater in the normal course of natural events as the mine

11   operates.  But that eventually is pumped out of what you're

12   seeing right here and then processed in various water treatment

13   facilities of the plant, complying with both, federal and state

14   water regulatory requirements.

15          The second thing I just want to say about the mine

16   itself and this hole in the ground that you're looking at is

17   that we don't really know how deep these minerals go and how

18   deep you could drill here.  But we know it could last for

19   decades, if not even a full century, if it were fully mined and

20   we'll get to that in just a moment.

21          The reason we know that is they have drilled to take

22   mineral samples as deep as 3,000 feet beyond just what you're

23   looking at right here.  We also know that these minerals, from

24   prior testings done before, spread well beyond the boundaries

25   of the outer rim of the whole in the ground that you're looking

1    at right here.  So we do believe, as you saw on the prior page,

2    that there are sufficient REEs to last here for an operator for

3    a very long period of time and we believe that's part of the

4    inherent value of the facility.

5         What you're seeing on the next page, and I'll walk

6    through these remaining photographs very quickly, Your Honor --

7    and I'd like to emphasize that technology really is amazing --

8    yeah, we took these ourselves with iPhones on the very first

9    visit that we made.  So these are not professionally done, and

10   so if anybody has complaints about the quality of the

11   photography, certainly direct them at me and my colleagues.

12        What you're looking at here on the first page is what

13   they refer to on-site as the mill.  What happens hereafter the

14   rock is pulled out of the ground is that it goes through a

15   series of crushers and gets down to about a three-inch in size

16   pebble.  After it gets down to that manageable size, it then

17   goes through this mill, which is intended to progressively,

18   through a series of processes, crush it down to a powder they

19   can then -- excuse me -- in the remainder of the facility be

20   separated out into the usable minerals that are then ultimately

21   sold to customers.

22        On the next page, what you see is a very sophisticated

23   piece of equipment that is inside that building that I just

24   showed you.  This is called a ball mill.  And the reason for

25   that is that it is what sounds like a very simple process, but

1    one that actually is quite sophisticated and complex and

2    requires this piece of equipment.

3           What's inside the cylinder that you see here is a

4    series of ball bearings about this big and there are a lot of

5    them.  And then as the mill spends, it crushes this rock

6    progressively down to a usable-and-processable-powder size.

7           What you are seeing on the next page is also inside

8    that same building.  This is a filter that is then used,

9    essentially, to take out anything that was not properly crushed

10   and separate out the powder that is then further processed in

11   the facility.

12          And then, on the next page, you're seeing a large

13   view.  This is probably about a third of the inside view of the

14   mill that I just showed you just a few pages previously.

15          What you're seeing on the next page, you see these

16   series of elevated tanks.  These are largely storage, chemical

17   storage tanks.  These are used as part of the initial

18   extraction process, but effectively, a lot of the powder and a

19   lot of what it's mixed with is stored in these kinds of tanks.

20   This is only one of many, many of them -- they're all over the

21   facility -- until they go through for further chemical

22   processing.

23          What you then see on the next page is the very large

24   initial processing and extraction and separation facility.

25   These are not storage tanks; these are processing tanks.  And,

1   effectively, what happens here is that the product and powder,

2   once it's crushed and pulled out of the ground, successively

3   goes through these tanks.

4          It takes a number of processes that can take anywhere

5   between a week and three to four weeks.  But as they go through

6   each one of these, the minerals are successfully separated out

7   into usable materials until they get to the end of this

8   building when they, then, are in a form where they can be

9   packaged and ultimately sold to consumers.

10          This building, by the way, you don't have a sense from

11   this picture, is enormous.  It's about three football fields

12   long.  So if you're looking at this picture, on the left-hand

13   side is where everything is coming in.  At the far right-hand

14   side, where the hallway looks to get very, very small --

15          THE COURT:  Uh-huh.

16          MR. HARNER:  -- is where the process is essentially

17   completed, after it's successfully gone through each of these

18   processing tanks.

19          What you're seeing on the next page, Your Honor, is an

20   extraction facility where essentially what happens here is

21   tailings are processed.  And what tailings means is everything

22   that gets pulled out or that's left over after this 8 to 12

23   percent, generally, of actual usable rare earth minerals are

24   extracted and begin to be processed, you have a lot of this

25   stuff left.  You have to do something with it.

1          Normally, what happens is that there is a water-based

2    mixture of all of this that's left.  And then pursuant to

3    proper environmental practice and, of course, regulatory

4    requirements, it's getting mixed into a paste, which is

5    environmentally -- not environmentally friendly, but not

6    environmentally unfriendly.  And then that paste is located on

7    the grounds, and ultimately over the course, literally, of

8    decades, is disposed of in a proper manner, under regulatory

9    oversight.  But that's exactly what you're seeing in the upper-

10   part of this picture.

11             THE COURT:  The brown?

12             MR. HARNER:  If you see what looks like plowed-over

13   fields --

14             THE COURT:  Right.

15             MR. HARNER:  -- that are sort of white or off-white

16   there --

17             THE COURT:  Okay.

18             MR. HARNER:  -- that's the ultimate storage location

19   for the paste --

20             THE COURT:  The paste?

21             MR. HARNER:  -- that's made from these tailings.

22             THE COURT:  Okay.

23             MR. HARNER:  In other words, the unusable part of the

24   rock.

25             THE COURT:  All right.

1          MR. HARNER:  What you're seeing on the next page is a

2   chlor-alkali processing facility.  This is, by far, state-of-

3   the-art and the most current one of these facilities in the

4   world.

5          What the chlor-alkali processing facility does is

6   essentially an electrolysis process that separates out raw

7   chlor-alkali product into usable product.  So what comes out of

8   here at the end of the day is basically hydrochloric acid,

9   which there's a big market for, and water.  But this facility

10  separates those two, once the raw material is fed into it.

11  That's another very large component of what's happening here.

12         What you don't see here, because that requires a very

13  large amount of electricity at any given time, is that next

14  door to it, is a dedicated power generation plant.  There are

15  very large turbines in there that are powered by natural gas

16  and then convert that energy into electricity.  By far, the

17  vast majority of that is used in this chlor-alkali facility,

18  but it also generates power for the remainder of the facility.

19         THE COURT:  Where does the raw material for this

20  facility come from?

21         MR. HARNER:  The raw material for the entire facility

22  comes from on-site, so --

23         THE COURT:  All right.  So is this tailings or is this

24  --

25         MR. HARNER:  You're asking me a question that my high

1   school chemistry doesn't get quite too, Your Honor, but the raw

2   material is, again, a separated part of what comes out of the

3   rock.  And I can find out the answer to that question for you.

4          THE COURT:  No, no, no.  I'm just trying to figure it

5   out.  So you separate out the rare earth powders --

6          MR. HARNER:  Yes.

7          THE COURT:  -- and included in that are the

8   ingredients that are fed into this facility.  So the rare earth

9   ingredients for this facility are sort of before we get to the

10  tailings, which are turned into the paste?

11         MR. HARNER:  Yes.  That's exactly right, Your Honor.

12  The debtor -- in other words, there is no raw material that is

13  required here that is coming from off-site.  Everything that is

14  being processed and ultimately prepared for customers of the

15  facility is coming from onsite, from inside the mine.

16         THE COURT:  All right.

17         MR. HARNER:  I think I neglected to mention, by the

18  way, and we'll get to this in a little bit of detail in just a

19  moment, but this is the only such facility and the only such

20  source of rare earth mineral material outside the People's

21  Republic of China.

22         THE COURT:  Right.  I understand that.

23         MR. HARNER:  This is the only mine in the world,

24  outside of China, where these materials are available.

25         Now, when we really get beyond my distant memory of

1    high school chemistry, the familiar periodic table appears on

2    the next page.  The only reason for this being here is to draw

3    the Court's attention to the second-to-last row of minerals,

4    which are called the lanthanide series.  That is essentially

5    what comes out of this mine, with two exceptions.  Each of

6    them, I don't recall off the top of my head, but everything in

7    this series is what's in the ground here; this is what's being

8    taken out and processed.  So, for example, lanthanum, cesium

9    [sic], europium, which had substantial commercial applications

10   until about ten years ago.  We'll get to that very briefly in a

11   moment.

12           I did think it would also be worthwhile on the next

13   page, Your Honor, to give you just a little bit of the history

14   of the facility before it ended up where it is now.  The

15   deposits that are here were discovered in 1969 by a uranium

16   prospector.  The Molybdenum Corporation of America bought the

17   mining claims in 1952 when small-scale production began.

18           They greatly expanded that production in the 1960s,

19   primarily -- I just mentioned europium -- to supply demand for

20   europium used in color television screens.  That is no longer a

21   viable source of production or a customer base, because color

22   television screens don't have europium in them anymore.  The

23   flat-screen televisions that we all have at home now and like

24   the ones in this courtroom, do not use that particular

25   application.

1          As also indicated here, the facility was mined on a

2    much larger scale between 1965 and 1995.  MCA changed its name

3    to Molycorp in 1974.  It was acquired by Union Oil in 1977 and

4    that, in turn, became part of Chevron in 2005.

5          And then as you'll see on the next page, and in the

6    graph there, this facility dominated worldwide rare earth

7    element production from the 1960s to the 1980s.  What this

8    graph shows is both, aggregate production and then also

9    demonstrates that beginning in the 1960s, USA production, which

10   was, of course, exclusively coming from this facility, ramped

11   up considerably and essentially dominated the market for these

12   minerals on -- until the early to mid-1980s when the various

13   rare earth mineral mines in the People's Republic of China

14   began to come online.

15         Beginning in 1990 -- that's why this is referred to on

16   this particular illustrative chart as the Chinese era -- the

17   market in the United States declined substantially for a

18   variety of market-driven reasons and the Chinese facilities

19   began to substantially dominate the market.

20         Giving you the last bit of history, but perhaps the

21   most important for purposes of what we've been trying to do in

22   the case thus far, Your Honor, the facility closed in 19 -- I'm

23   sorry -- in 2002 both, in response to various environmental

24   restrictions.  What we mean by that is tailings water --

25   wastewater spills -- the way this facility was originally

1    constructed -- this is not the case now -- a lot of the

2    tailings water and the waste from the mine that I referred to

3    earlier when we were looking at some of the actual facilities

4    on-site, was pumped several miles off site for water treatment.

5    That's not the case anymore; it's all done on-site.

6          But there were a variety of spills that had the

7    regulators, understandably, upset in the late 1990s and early

8    2000s.  And it became clear that they were going to have to

9    adopt some other process to stay in regulatory process.  That's

10   why it's all done on-site now, but that variety of

11   environmental issues led to, in part, the plant's shutdown in

12   2002.  What also had a major role in that is that there were

13   substantially lower market prices for REEs worldwide, resulting

14   almost exclusively from the ramp-up during that period in

15   Chinese production.

16         The facility remained inactive for a number of years

17   after 2002, although some processing of previously mined ore

18   continued.  In 2008, Chevron sold the mine to Molycorp

19   Minerals, which was then privately owned and was formed to

20   revive the facility.

21         And then in 2010, Molycorp announced that it had

22   received permitting approval and began construction of Project

23   Phoenix.  Project Phoenix is the most important part of the

24   story here.  It was constructed over a period of three to four

25   years.  As you see on the next page, that began in January of

1    2011.  It was known as Project Phoenix and cost approximately

2    $1.7 billion over three to three and a half years to build.

3    And it candidly utilized not only a new, but their previously

4    untested plant design.

5         Unfortunately, during the period after construction

6    when it began to operate, it operated at significantly below

7    designed capability.  There are reasons for that that we've

8    come to understand -- I won't bore the Court with it today --

9    but they essentially have to do with a sequential processing

10   mechanism that makes it very, very difficult for the plant to

11   continue to operate, if only one of twenty pieces down the

12   line, as things are processed, shuts down.  Everything else

13   backs up and has to be shut down as a result.

14   (1:34:56)

15

16   There are reasons for that, that we've come to understand it

17   that I won't bore the Court with today, but they essentially

18   have to do with a sequential processing mechanism that makes it

19   very, very difficult for the plant to continue to operate if

20   only 1 of 20 pieces down the line, as things are processed,

21   shuts down.  Everything else backs up and has to be shut down

22   as a result.

23        So, for example, if you have only a five percent

24   chance of there being a difficulty in one piece of the puzzle,

25   it, nonetheless, becomes a much higher chance because there are

1    20 pieces of that puzzle, that the entire production will have

2    to be shut down.

3            There are solutions to that, as it turns out, that

4    will require some capital investment, but that is the primary

5    design difficulty with the way the facility was left at the end

6    of Project Phoenix, notwithstanding that there -- they had

7    anticipated some additional capital investment to try to

8    address that difficulty.

9            And then, as I mentioned before, the additional

10   difficulty was that prices worldwide for REEs had plummeted as

11   a result of Chinese expert -- the removal of Chinese export

12   restrictions, and the mine closed again last year.  In rough

13   terms, that occurred right around the time last summer of the

14   commencement of the overall Molycorp bankruptcies.

15           The facility, at that point, went on what's called a

16   "care and maintenance plan.  There were approximately 40

17   employees at the facility that were taking care of, not only

18   idling and safety issues, but also a very low level of

19   operations.  Then, in April of this year, right around the time

20   that the Chapter 7 conversion motion was filed that ultimately

21   resorted -- resulted in the appointment of a Chapter 11

22   Trustee, we went on a cold idle plan that I'll describe for you

23   in just a moment.

24           It's important to emphasize -- and you see that in the

25   middle bullet point on this page -- that, for all practical

1   purposes, production is shut down here, but not for regulatory

2   purposes.  Molycorp did a very good job, and we're continuing

3   to try to do as good a job, of maintaining regulatory

4   compliance, so that, if we can find a buyer for this facility,

5   it will not be necessary, from a regulatory perspective, to

6   reinvent the wheel.  Production can start as soon as that is

7   possible, from an engineering perspective.

8        But if there is value to be extracted here for the

9   estates; and in turn, for a potential buyer, it's going to be

10  much greater value if we have maintained in regulatory

11  compliance between now and then, and have not gone to a so-

12  called "abandonment phase," under the regulatory scheme, which

13  would require us to (indiscernible) to begin to reclaim the

14  mine.

15       Now I've already indicated that we believe that the

16  best solution here is if we can find a turnkey buyer for the

17  entire facility.  There are however, I want to be clear, a

18  number of potential obstacles to such a sale, although we

19  remain optimistic that it is possible, and it's certainly our

20  goal, if we can find the runway to do that.

21       There is, however, a sure runway here because the cold

22  idle process, even though we're down now to an even smaller

23  number of employees, because you have to keep the place safe --

24       THE COURT:  Uh-huh.

25       MR. HARNER:  -- and because you have to keep pumps

1    turned on every once in a while, for example, to make sure they

2    don't freeze up and become useless, and because there are

3    various other things you have to do, it, in and of itself, is a

4    relatively expensive process.

5          Second, this is a unique asset, so three are, by

6    definition, a limited number of potential buyers.  We mentioned

7    CYFIUS here, which is an interagency committee of the United

8    States Government that takes a look at transactions that

9    involve foreign buyers.  Of the potential purchasers here that

10   were identified in an earlier sale process, and that we have

11   identified thus far, some are, in fact, international buyers.

12   And so the CYFIUS process may, in and of itself, present an

13   obstacle here.

14         And then, finally, this is, for a potential purchaser,

15   certainly a risk-taking endeavor.  Prices remain relatively low

16   for what is or could be produced at this mien, so someone,

17   concededly, would be making a bet on a recovery in those

18   prices, which, if it occurs, could make this extraordinarily

19   valuable, and therefore, worthy of the $1.7 billion that was

20   invested in it over the course of -- in it over the course of

21   the last five or so years, but it is, concededly, a bet.  And

22   those who understand those markets far better than I'm certain

23   I ever will are going to have to make decisions if they're

24   going to participate in a sale process, about whether they

25   think that is or is not going to occur in the near to medium

1    term.

2        Finally, Your Honor, and then I'll conclude -- I

3    promised I was going to keep this to 10 minutes, and now I've

4    gone -- I know I have already gone well over that, but wanted

5    to give you a complete picture here.  I wanted to tell the

6    Court about what we have been doing thus far.

7        THE COURT:  Uh-huh.

8        MR. HARNER:  We have been focused, for example,

9    intensely on financing this process and these Chapter 11 cases

10   going forward.  As the Court will recall from the proceedings

11   surrounding, initially, the motion to convert to Chapter 7, and

12   then the appointment of a trustee, there was $2.5 million set

13   aside as seed money to fund this process, and then there was

14   ongoing discussion with the surety bonding companies about

15   providing additional funding.

16       That discussion has been ongoing, and we have kept it

17   alive, but it has not yet been reduced to any kind of firm

18   commitment for a very good reason:  We did not believe that we

19   should be, hat in hand, asking for money, until we knew exactly

20   how much money we were asking for.

21       So the next bullet point here emphasizes that we have

22   a variety of expense concerns, both with the operation and cold

23   idle of the facility, and with keeping control over Chapter 11

24   administrative expenses.

25       But to that end, we have gone through a very detailed

1    and granular budgeting process, both with those on site and

2    with the constituencies over the course of the last three to

3    four weeks.  We are now at the stage where we are beginning to

4    share that budget with the surety bonding companies and will

5    soon, hereafter, with the regulatory, and then, ultimately,

6    with the other constituencies in the cases.

7         But we now do believe we have a pretty good handle, at

8    least on a rolling thirteen-week basis, through the end of this

9    summer, on what it's going to take to fund continued cold idle

10   and Chapter 11 administration here.  Now I should just --

11        THE COURT:  I assume -- I'm sorry to interrupt for

12   just a minute.

13        MR. HARNER:  Sure.

14        THE COURT:  I assume "IBFA" means investment

15   banker/financial advisor?

16        MR. HARNER:  Yeah, and I'm going to take those out of

17   order --

18        THE COURT:  Okay.

19        MR. HARNER:  -- because I'm going to get to that in

20   just a moment.

21        THE COURT:  Very good.

22        MR. HARNER:  In fact, I'm going to get to it right now

23   because, when I said that we had rolled this budget out --

24   because people are used to seeing a thirteen-week rolling

25   budget.  We've rolled this budget out until the end of August.

1    I actually believe, at least at high altitude, that a very

2    similar budget would apply for the months thereafter, with one

3    or two exceptions that would probably be enhancements to the

4    expense side of that budget, and that are just as a feature of

5    the regulatory scheme.

6         There are some regulatory expenses; permit fees,

7    inspection fees, and the like, that come due for a variety of

8    reasons in the second half of the year, rather than the first.

9    So, with that exception, I don't believe this budget would look

10   relatively similar going out past the end of August.

11        And the reason I emphasize that is that I do not

12   believe we can finish a sale process here between now and the

13   end of August.  I think, realistically, this is a four-to-six-

14   month process.  If it's consistent with what the Court and

15   everyone here has seen before, it likely could go even longer

16   than that, depending on what kind of due diligence needs to be

17   done.  This is an extraordinarily complex, difficult facility

18   to understand.  It's going to take people who are potentially

19   interested here a while to get their arms around it.  And we

20   know that we have that coming, but that necessarily involves,

21   not just money, but also time.  We do --

22        THE COURT:  Well, without identifying anyone, there's

23   been -- there was talk, prior to your appointment, a couple of

24   times, about a potential bidder for these assets.  So,

25   certainly, don't identify anyone, and I wouldn't ask you to

1    comment on the stage of any negotiations.  But are you in

2    negotiations with any potential purchasers?

3         MR. HARNER:  I certainly would not say "negotiations,"

4    but we are in preliminary discussions with multiple parties,

5    Your Honor.

6         THE COURT:  All right.

7         MR. HARNER:  Some of those -- I don't fee shy at all

8    about disclosing -- are parties that had expressed an interest

9    earlier on.  Some are parties that have been identified by

10   constituencies in the cases now, funded noteholders and others.

11   And some of those are parties with whom we have been in

12   contact, or have contacted us since the appointment of a

13   trustee in early May.

14        We have not commenced a formal process, so that's

15   going to lead me directly into that second bullet point --

16        THE COURT:  Okay.

17        MR. HARNER:  -- that I had skipped.  We have not, and

18   we intentionally did not, because we simply did not have a

19   handle around the budget and exactly what kind of expense we

20   were going to be looking at, retain a financial advisor or an

21   investment banker or seek court authority to do that in the

22   first month of the trusteeship.  The primary reason for that

23   was we had very limited funds, and at the moment, at least as a

24   technical matter, still do have access to very limited funds,

25   and advisors of that sort cost money.

1        For example, this budgeting process would have been

2   considerably easier if we had an FA, but I made the judgment

3   that we simply couldn't afford one for that purpose.  So we

4   went through it, and it was painful at points, as those

5   processes always are, but we got through it, and I think have a

6   -- as accurate as it can be, a forecast of what this process is

7   going to require.

8        Now on the investment banker front, if we're going to

9   sell this thing, I'm not so foolish as to think that my or my

10  colleagues at Ballard can do that because we're not investment

11  bankers.  We are going to have to have the assistance of a

12  professional to do that.  My judgment is, obviously, that it

13  needs to be somebody who has experience with these kinds of

14  facilities, or at least, more broadly, with mining and

15  extraction and chemical processing and those sorts of things.

16       My preliminary view, which I haven't shared with many,

17  but I'm happy to share with the Court, is that it would be a

18  mistake to do that with anyone other than a firm that has been

19  independent from this process, so far.  That's not to denigrate

20  anybody's earlier efforts.  I just think that objectivity here

21  may make this go faster --

22       THE COURT:  Right, and --

23       MR. HARNER:  -- rather than slower.

24       THE COURT:  And you don't need a Lazard here; you need

25  someone that knows the space.

1          MR. HARNER:  There is no question about that.

2          THE COURT:  You're much better -- you're probably much

3     better off with a smaller shop --

4          MR. HARNER:  That --

5          THE COURT:  -- ho knows the space.

6          MR. HARNER:  A specialty or boutique shop --

7          THE COURT:  Uh-huh.

8          MR. HARNER:  -- that knows this well, or a slightly

9     larger shop that has that specialty --

10         THE COURT:  Right.

11         MR. HARNER:  -- or boutique expertise in house.  But

12    there's no question about that.

13         Now it's not going to come as a surprise, if we get

14    that far, to any of the candidates for that assignment that I'm

15    going to be looking for them to do this based on a

16    transactional fee, and not an initial monthly work fee, because

17    we can't afford it.

18         THE COURT:  Uh-huh.

19         MR. HARNER:  And that's just the way that it's going

20    to be.  But this is a sufficiently large potential transaction

21    that I seriously doubt we're going to have difficulty getting

22    anybody to do this on that basis.

23         Then these last two slides here, Your Honor.  This is

24    more logistics, but I will run through this, just so that

25    you're aware of what we have been doing.  The actual process of

1    getting the trustee in place, complying with all of the related

2    United States Trustee requirements and the like has gone very

3    smoothly with Mr. Buchbinder's assistance.

4         We also had a number of things to do, in terms of

5    transition from Molycorp corporate to the facility itself, and

6    to the trustee's auspices, various corporate and administrative

7    functions.  Molycorp itself and its advisors have also been

8    extraordinarily helpful there.

9         THE COURT:  Good.

10         MR. HARNER:  We've encountered no difficulties.

11    There's no been a single thing that we've asked for that we

12    haven't gotten and gotten quickly.

13         I did mention this before, but I do want to reassure

14    everyone that we are also keenly focused on the safety of the

15    facility and on asset preservation.  We've taken a number of

16    steps I won't detail to make certain that that's the case.  But

17    those include keeping in place the existing security

18    arrangements.  It's a very large facility, as we said; there

19    are a large number of buildings on it, so both security and

20    safety are issues that I lose sleep about every night.

21         THE COURT:  Okay.

22         MR. HARNER:  And we've also been paying close

23    attention to staffing.

24         I would be remiss if I did not say that the remaining

25    employees there, happily, are all individuals who have long

1   histories, sometimes five, sometimes thirty-plus years of

2   history with this facility.  That's helpful, not only because

3   of the knowledge base, but because our team there literally has

4   a personal investment --

5        THE COURT:  Uh-huh.

6        MR. HARNER:  -- in seeing a successful outcome here.

7   I've been very careful to tell them I can't guarantee one, but

8   it's certainly making me feel better about the prospects for

9   that, that we have that kind of knowledge base, and that kind

10  of a commitment to the enterprise.

11       Finally, Your Honor, on the last slide -- and I think

12  I've sufficiently alluded to this -- we have had a number of

13  initial discussions, not only, as you were inquiring about just

14  a moment ago, potential purchasers, but with all of the

15  constituencies in the cases.  We actually expect a number of

16  those again next week.

17       We visited the facility several times.  As I

18  indicated, I've been out there three times myself.  One of my

19  partners, who is primarily charged with responsibility for

20  environmental compliance and the like, has been out there

21  either once or -- no, twice.  We've talked about the asset sale

22  process, and I've talked to you about my first impressions

23  about the facility itself, and also about the necessary process

24  here.

25       The goal remains to find a turnkey buyer for this

1   facility.  If we cannot the other alternatives are

2   progressively worse.  If we need to liquidate what's there,

3   we're not going to generate nearly as many proceeds, but we'll

4   do that if we have to, if there's not a buyer.

5          And if we simply run out of money, it remains a

6   possibility, Your Honor, that we're going to have to abandon

7   this facility.  And if so, it will become the responsibility of

8   the regulators.  They don't want that.  One of the very nice

9   things about this is that they, the sureties, the creditor

10  constituencies, and we all have our interests aligned here.

11  Everybody is marching towards the same goal --

12          THE COURT:  Right.

13          MR. HARNER:  -- it's just a question of whether we can

14  achieve it.

15          THE COURT:  Right.  And --

16          MR. HARNER:  So, with that, I'd be happy to answer any

17  questions, Your Honor.

18          THE COURT:  Well, your number one opponent is market

19  forces, of course.

20          MR. HARNER:  Oh, absolutely.  There's no question

21  about that.

22          THE COURT:  All right.  Have the sureties been

23  cooperative?

24          MR. HARNER:  Absolutely, yes.

25          THE COURT:  That's good to hear.

1        This has been extremely informational, very

2   educational for the Court, and I very much appreciate it, and I

3   have a much better understanding of what's going on, what the

4   challenges are, and what the status is, so I very much

5   appreciate this; it's been very helpful.

6        MR. HARNER:  Thank you, Your Honor.  It comes only

7   with the apology that it went longer than I intended, so ...

8        THE COURT:  No, it's okay.  It always does, doesn't

9   it?

10   (Laughter)

11        MR. HARNER:  Thank you very much, Your Honor.

12        THE COURT:  Very good.

13        Ms. Daluz.

14        MS. DALUZ:  Yes, briefly, Your Honor.  We want to

15   thank you for entering the order regarding Ballard Spahr's

16   retention.

17        THE COURT:  You're welcome.

18        MS. DALUZ:  It is likely that the hearing on the 13th

19   will not go forward, but we'll deal with that as the date gets

20   closer.

21        I did want to highlight for Your Honor that we have

22   had a number of administrative or procedural questions that

23   have arisen, the challenges that come with bifurcating a case.

24        THE COURT:  Right.

25        MS. DALUZ:  We -- some of them are mundane, like

1    figuring out what 2002 list you use, to a little more

2    substantive:  Ensuring that some of the first-day orders and

3    other administrative orders that were entered in the Molycorp,

4    Inc. case are still enforceable in the Molycorp Minerals cases.

5              THE COURT:  Uh-huh.

6              MS. DALUZ:  With your indulgence, we thought a simple

7    motion that hopefully gets an order on our docket, that makes

8    it clear that certain of these orders are equally applicable in

9    these cases may be worthwhile.  So we're still working through

10   some of the details and --

11             THE COURT:  Okay.  So where are we on claims agent?  I

12   guess you're --

13             MS. DALUZ:  Well, we're going to hire Prime Clerk, I

14   believe.

15             THE COURT:  Okay.

16             MS. DALUZ:  There's the -- the claims docket is going

17   to have to be bifurcated.

18             THE COURT:  Sure.

19             MS. DALUZ:  But they're presented by debtors, so,

20   hopefully, that won't be as much as a challenge --

21             THE COURT:  Right.

22             MS. DALUZ:  -- for Prime Clerk, as it would be for us.

23             THE COURT:  Well, I'm certainly open to any motion,

24   and I think it makes a lot of sense, to make sure everyone

25   understands that the minerals debtors are covered by certain

1    orders, so I'd be open to that.

2            MS. DALUZ:  Exactly.

3            THE COURT:  You can notice that out and --

4            MS. DALUZ:  We will do that.  And we won't have it on

5    in time for the 13th, but we will deal with that shortly.

6            THE COURT:  Okay.  Very well.

7            MS. DALUZ:  With that, Your Honor, we have nothing

8    else today --

9            THE COURT:  All right.

10           MS. DALUZ:  -- and we thank you for your time.

11           THE COURT:  Does anyone else wish to be heard?  A lot

12   of people came in, a lot more people on the phone.  No one

13   wants to be heard?

14      (No verbal response)

15           THE COURT:  All right.  Very good.

16           Well, I found this very educational.  I can't help but

17   noting how many people are on the phone that have nothing to do

18   with the Molycorp Minerals estate.  I don't hope -- I hope very

19   much not to have to approve fees for people who are here just

20   because they're interested, as opposed to concerned.  So, if

21   you want to stay on top of what's going on in Minerals, it's

22   very interesting.  If you're actually concerned about your

23   fiduciary duties as a representative of people who have nothing

24   to do with Minerals, let's limit the fees to the case that you

25   have, not the case that you don't.  So I'm going to look hard

1    at that when I get fee applications.  That's all I have to say

2    on that.  Thank you very much.

3              MS. DALUZ:  Thank you, Your Honor.

4              THE COURT:  We're adjourned.

5              COUNSEL:  Thank you, Your Honor.  Thank you, Your

6    Honor.  Good afternoon.

7         (Proceedings concluded at 1:51 p.m.)

8                              * * * * *

1                                    <u>CERTIFICATION</u>

2            I certify that the foregoing is a correct transcript

3     from the electronic sound recording of the proceedings in the

4     above-entitled matter to the best of my knowledge and ability.

5

6

7

8     <u>/s/ William J. Garling          </u>          June 9, 2016

9     William J. Garling

10    Certified Court Transcriptionist

11    For Reliable