IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              : Chapter 11
                                                    :
MOLYCORP MINERALS, LLC., *et al.*,[1]               : Case No. 15-11371 (CSS)
                                                    : (Jointly Administered)
        Debtors.                                    :
                                                    : **Obj. Deadline: July 25, 2016 at 4 pm ET**
                                                    : **Hearing Date: September 6, 2016 at 10 am ET**
---------------------------------------------------------------x

**NOTICE OF MOTION OF CHAPTER 11 TRUSTEE FOR AUTHORITY TO ENTER INTO FIRST AMENDMENT TO PRIME CLERK LLC ENGAGEMENT AGREEMENT ALTERING, AMENDING, AND CLARIFYING THE TERMS OF THE RETENTION AND EMPLOYMENT OF PRIME CLERK LLC AS CLAIMS AND NOTICING AGENT IN THE MOLYCORP MINERALS DEBTORS' CASES ONLY**

**PLEASE TAKE NOTICE** that Paul E. Harner, the appointed chapter 11 trustee (the "Trustee") in the above-captioned Chapter 11 cases of Molycorp Minerals, LLC et al. (collectively, the "Debtors"), has filed with the United States Bankruptcy Court for the District of Delaware the *Motion of Chapter 11 Trustee for Authority to Enter Into First Amendment to Prime Clerk LLC Engagement Agreement Altering, Amending, and Clarifying the Terms of the Retention and Employment of Prime Clerk LLC as Claims and Noticing Agent in the Molycorp Minerals Debtors' Cases Only* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion shall be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 **on or before 4:00 p.m. (prevailing Eastern Time) on July 25, 2016** (the "Objection Deadline").

---

[1] The Debtors are the following 6 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Molycorp Minerals, LLC (4170); Industrial Minerals, LLC; Molycorp Advanced Water Technologies, LLC (1628); PP IV Mountain Pass, Inc. (1205); PP IV Mountain Pass II, Inc. (5361); and RCF IV Speedwagon Inc. (0845).

At the same time, you must also serve a copy of the objection or response, so as to be received on or before the Objection Deadline, upon Ballard Spahr LLP, 919 N. Market Street, 11th Floor, Wilmington, DE 19801 Attn: Tobey M. Daluz, Esquire.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **September 6, 2016 at 10:00 a.m. (prevailing Eastern Standard Time)** before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUIRED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 11, 2016  
Wilmington, Delaware

*/s/ Matthew G. Summers*  
Tobey M. Daluz, Esquire (No. 3939)  
Matthew G. Summers, Esquire (No. 5533)  
Leslie C. Heilman, Esquire (No. 4716)  
BALLARD SPAHR LLP  
919 North Market Street, 11th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 252-4465  
Facsimile: (302) 252-4466  
E-mail: daluzt@ballardspahr.com  
      summersm@ballardspahr.com  
      heilmanl@ballardspahr.com

and

Vincent J. Marriott, III, Esquire  
BALLARD SPAHR LLP  
1735 Market Street, 51st Floor  
Philadelphia, PA 19103  
Telephone: (215) 864-8236  
Facsimile: (215) 864-9762  
E-mail: marriott@ballardspahr.com

and

Dawn A. Messick, Esquire
Ballard Spahr LLP
655 West Broadway, Suite 1600
San Diego, CA 92101-8494
Telephone: (619) 696-9200
Facsimile:  (619) 696 -9269
E-mail:  messickd@ballardspahr.com

*Counsel for Paul E. Harner as*
*Chapter 11 Trustee*