IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
In re:                                              :   Chapter 11
                                                    :
MOLYCORP MINERALS, LLC., et al.,¹                   :   Case No. 15-11371 (CSS)
                                                    :
        Debtors.                                    :   (Jointly Administered)
-----------------------------------------------------------------x
```

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON SEPTEMBER 26, 2016 AT 4:00 P.M.

**ADJOURNED/CONTINUED MATTERS**

1. Motion of Molycorp, Inc. for Relief from the Automatic Stay (Docket No. 79; Filed: 08/17/2016)

    Related Documents: None

    Response Deadline:  August 31, 2016 at 4:00 p.m. (extended by agreement of the parties to October 17, 2016 at 4:00 p.m.)

    Responses Received: None

    Status:  On consent of the parties, the hearing on this matter is continued to the omnibus hearing scheduled for October 27, 2016.

**CONTESTED MATTERS GOING FORWARD**

2. Motion of Chapter 11 Trustee for Entry of a Final Order (A) Authorizing Secured and Unsecured Postpetition Financing, (B) Granting Liens on Certain Insurance Proceeds, and (C) Approving Agreements With Lexon Insurance Company (Docket No. 93; Filed: 08/30/2016)

    Related Documents:

    a. Statement in Support of Motion of Chapter 11 Trustee for Entry of a Final Order (A) Authorizing Secured and Unsecured Postpetition Financing, (B) Granting Liens on Certain Insurance Proceeds, and (C) Approving

---

[1] The Debtors are the following 6 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Molycorp Minerals, LLC (4170); Industrial Minerals, LLC; Molycorp Advanced Water Technologies, LLC (1628); PP IV Mountain Pass, Inc. (1205); PP IV Mountain Pass II, Inc. (5361); and RCF IV Speedwagon Inc. (0845).  Molycorp's United States headquarters is located at 5619 DTC Parkway, Suite 1000, Greenwood Village, Colorado 80111.

        Agreements with Lexon Insurance Company (Docket No. 106; Filed: 09/19/2016)

Response Deadline:  September 19, 2016 at 4:00 p.m.

Responses Received:

   a.    Limited Objection of Ad Hoc 10% Noteholders Regarding Motion to Dismiss the Cases (Docket No. 109; Filed: 09/19/2016)

   b.    Notice of Filing (I) Financing Agreement and (II) Revised Proposed Order (Docket No. 114; Filed 9/21/2016)

Status:  The hearing on this matter is going forward.

3.    Motion of Chapter 11 Trustee for Entry of an Order Dismissing the Molycorp Minerals Debtors' Chapter 11 Cases (Docket No. 74, Filed: 08/11/2016)

Related Documents:

Response Deadline:  August 25, 2016 at 4:00 p.m. (extended by Docket No. 94 to September 19, 2016 at 4:00 p.m.)

Responses Received:

   a.    Reservation of Rights of Wells Fargo Bank, National Association, as Collateral Agent, in Response to Motion of Chapter 11 Trustee for Entry of an Order Dismissing Case (Docket No. 85, Filed: 08/25/2016)

   b.    Objection of Molycorp, Inc. to Motion of Chapter 11 Trustee to Dismiss Chapter 11 Cases and Cross-Motion to Convert Chapter 11 Cases to Chapter 7 Cases (Docket No. 86, Filed: 08/25/2016)

   c.    Oaktree's Joinder in the Objection of Molycorp, Inc. to the Motion of the Chapter 11 Trustee to Dismiss the Molycorp Minerals Debtors' Chapter 11 Cases (Docket No. 87; Filed: 08/25/2016)

   d.    Objection to: (I) Trustee's Motion to Dismiss the Molycorp Minerals Debtors' Chapter 11 Cases; and (II) Molycorp, Inc.'s Motion to Convert the Molycorp Minerals Debtors' Chapter 11 Cases to Chapter 7 Cases (Docket No. 91; Filed: 08/30/2016)

   e.    Objection to Molycorp, Inc.'s Cross-Motion to Convert the Molycorp Minerals Debtors' Chapter 11 Cases to Chapter 7 Cases, and Response to Oaktree's Joinder in Objection of Molycorp Inc. (Docket No. 107; Filed: 09/19/2016)

    f.    Joint Response of the County of San Bernardino, California, the California Regional Water Quality Control Board, Lahontan Region, and the California Department of Resources Recycling and Recovery to Chapter 11 Trustee's Motion for an Order Dismissing Molycorp Minerals Debtors' Chapter 11 Cases, and Joint Opposition to Cross-Motion of Molycorp, Inc., to Convert Cases to Chapter 7 (Docket No. 108; Filed: 09/19/2016)

    g.    Limited Objection of Ad Hoc 10% Noteholders Regarding Motion to Dismiss the Cases (Docket No. 109; Filed: 09/19/2016)

    h.    Westchester Fire Insurance Company's Objection to (I) Chapter 11 Trustee's Motion for Entry of an Order Dismissing the Molycorp Minerals Debtors' Chapter 11 Cases; and (II) Molycorp, Inc.'s Cross-Motion to Convert Chapter 11 Cases to Chapter 7 Cases; and Response to Oaktree's Joinder in Objection of Molycorp Inc. (Docket No. 110; Filed: 09/19/2016)

Status:  This matter will proceed, by agreement of the parties, solely as a status conference.

4.    Objection of Molycorp, Inc. to Motion of Chapter 11 Trustee to Dismiss Chapter 11 Cases and Cross-Motion to Convert Chapter 11 Cases to Chapter 7 Cases (Docket No. 86, Filed: 08/25/2016)

Related Documents:

    a.    Notice of Cross-Motion (Docket No. 95; Filed: 08/31/2016)

Response Deadline:  September 19, 2016 at 4:00 p.m.

Responses Received:

    a.    Objection to Molycorp, Inc.'s Cross-Motion to Convert the Molycorp Minerals Debtors' Chapter 11 Cases to Chapter 7 Cases, and Response to Oaktree's Joinder in Objection of Molycorp Inc. (Docket No. 107; Filed: 09/19/2016)

    b.    Objection and Reservation of Rights of Chapter 11 Trustee to Molycorp, Inc.'s Cross-Motion to Convert the Molycorp Minerals Debtors' Chapter 11 Cases to Chapter 7 Cases (Docket No. 111; Filed 9/19/2016)

Status:  This matter will proceed, by agreement of the parties, solely as a status conference.

| | |
|---|---|
| Dated: September 22, 2016<br>Wilmington, Delaware | */s/ Laurel D. Roglen*<br>Tobey M. Daluz (No. 3939)<br>Matthew G. Summers (No. 5533)<br>Leslie C. Heilman (No. 4716)<br>Laurel D. Roglen (No. 5759)<br>BALLARD SPAHR LLP<br>919 North Market Street, 11th Floor<br>Wilmington, Delaware 19801<br>Telephone:  (302) 252-4465<br>Facsimile:  (302) 252-4466<br>E-mail:  daluzt@ballardspahr.com<br>　　　　　summersm@ballardspahr.com<br>　　　　　heilmanl@ballardspahr.com<br>　　　　　roglenl@ballardspahr.com<br><br>　　and<br><br>Vincent J. Marriott, III*<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA  19103<br>Telephone: (215) 864-8236<br>Facsimile:  (215) 864-9762<br>E-mail: marriott@ballardspahr.com<br>(**Admitted Pro Hac Vice*)<br><br>*Counsel for Paul E. Harner as Chapter 11 Trustee* |