## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
                                           :   Chapter 11
                                           :
In re                                      :
                                           :   Case No. 15-11371 (CSS)
                                           :
MOLYCORP MINERALS, LLC, et al.,¹           :
                                           :   (Jointly Administered)
            Debtors.                       :
                                           :
-------------------------------------------------------x
```

## NOTICE OF WITHDRAWAL OF DOCKET NO. 86

**PLEASE TAKE NOTICE** that on August 25, 2016, Molycorp, Inc. and certain of its affiliates (the "Plan Debtors") filed the *Objection of Molycorp, Inc. to Motion of Chapter 11 Trustee to Dismiss Chapter 11 Cases and Cross-Motion to Convert Chapter 11 Cases to Chapter 7 Cases* (the "Objection and Cross-Motion") [D.I. 86].

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel hereby withdraws the Objection and Cross-Motion without prejudice for the reasons stated on the record at the hearing held on September 26, 2016 before the Honorable Christopher S. Sontchi, United States Bankruptcy Court, 5th Floor, Courtroom 6, Wilmington, Delaware, 19801.

---

[1] The Minerals Debtors are the following 6 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Industrial Minerals, LLC; Molycorp Advanced Water Technologies, LLC (1628); Molycorp Minerals, LLC (4170); PP IV Mountain Pass, Inc. (1205); PP IV Mountain Pass II, Inc. (5361); and RCF IV Speedwagon Inc. (0845).

Dated:  September 27, 2016          Respectfully submitted,
       Wilmington, Delaware


   */s/ Justin H. Rucki*                         
M. Blake Cleary (No. 3614)
Edmon L. Morton (No. 3856)
Justin H. Rucki (No. 5304)
Ashley E. Jacobs (No. 5635)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

      -and-


George R. Howard
Bryan Kotliar
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

Brad B. Erens
Joseph M. Tiller
JONES DAY
77 West Wacker
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

ATTORNEYS FOR THE REORGANIZED PLAN DEBTORS

01:17378559.3