UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
::
In re:                                                        :    Chapter 11
                                                              :
MOLYCORP MINERALS, LLC, *et al.*,[1]                          :    Case No. 15-11371 (CSS)
                                                              :
          Debtors.                                            :    (Jointly Administered)
                                                              :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Hassan Alli-Balogun, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 20, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Objection of Chapter 11 Trustee to Motion of Molycorp, Inc. for Relief from the Automatic Stay [Docket No. 139]

- Notice of Service Re: Notice of Deposition and Request for Production of Documents Under Federal Rules of Civil Procedure 30(b)(6) and 34 [Docket No. 140]

Dated: October 21, 2016

/s/ Hassan Alli-Balogun
Hassan Alli-Balogun

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 21, 2016, by Hassan Alli-Balogun, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Paul Pullo

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

---

[1] The Debtors are the following 6 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Industrial Minerals, LLC; Molycorp Advanced Water Technologies, LLC (1628); Molycorp Minerals, LLC (4170); PP IV Mountain Pass, Inc. (1205); PP IV Mountain Pass II, Inc. (5361); RCF IV Speedwagon Inc. (0845).

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors of Molycorp, Inc., et al. | Ashby & Geddes, PA | Attn: William P. Bowden, Esq., Gregory A. Taylor, Esq. & Benjamin W. Keenan, Esq. 500 Delaware Avenue, 8th Floor P.O. Box 1150 Wilmington DE 19899-1150 | wbowden@ashby-geddes.com gtaylor@ashby-geddes.com | First Class Mail and Email |
| Counsel for Paul E. Harner as Chapter 11 Trustee (the "Trustee") | Ballard Spahr LLP | Attn: Dawn A. Messick 655 West Broadway Suite 1600 San Diego CA 92101-8494 | messickd@ballardspahr.com | Email |
| Counsel for Paul E. Harner as Chapter 11 Trustee (the "Trustee") | Ballard Spahr LLP | Attn: Tobey M. Daluz, Esquire & Leslie C. Heilman, Esquire 919 North Market Street 11th Floor Wilmington DE 19801 | daluzt@ballardspahr.com heilmanl@ballardspahr.com | Email |
| Counsel for Paul E. Harner as Chapter 11 Trustee (the "Trustee") | Ballard Spahr LLP | Attn: Vincent J. Marriott, III 1735 Market Street 51st Floor Philadelphia PA 19103 | marriott@ballardspahr.com | Email |
| Top 20 Creditor | Brand Energy & Infrastructure | Attn: Andrea Miller, Curtis McDonald 222 Gateway Road Napa CA 94558 | Curtis.mcdonald@beis.com | First Class Mail and Email |
| Top 20 Creditor | CH2M Hill Engineers, Inc. | Attn: Bruce Johnson 9193 S. Jamaica Street Englewood CO 80112 | | First Class Mail |
| Counsel to United Steelworkers | Cohen Weiss and Simon LLP | Attn: Richard M. Seltzer, Esquire & David R. Hock, Esquire 330 West 42nd Street New York NY 10036-6979 | rseltzer@cwsny.com dhock@cwsny.com | Email |
| Trustee for the 2017 Debentures; Top 40 Creditor | Computershare Trust Company of Canada | Attn: Manager, Corporate Trust 100 University Avenue 9th Floor Toronto ON M5J 2Y1 Canada | | First Class Mail |
| Top 20 Creditor | CR Meyer and Sons Co. | Attn: Andy LaBar 1717 North 26th Street Escanaba MI 49829 | alabar@crmeyer.com | First Class Mail and Email |
| Delaware Secretary of State | Delaware Secretary of State | Attn: Franchise Tax Division of Corporation 401 Federal Street P.O. Box 898 Dover DE 19903 | | First Class Mail |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Department 820 Silver Lake Blvd. Ste. 100 Dover DE 19901 | | First Class Mail |
| Top 20 Creditor | EDF Trading North America, LLC | Attn: Kelly Yang 4700 W. Sam Houston Parkway N. Suite 250 Houston TX 77047 | Kelly.yang@edftrading.com | First Class Mail and Email |
| Counsel for Bond Safeguard Insurance Co., Lexon Insurance Co. and Ironshore Indemnity, Inc. | Ferry Joseph P.A. | Attn: Jason C. Powell, Esq. 824 Market Street, Suite 1000 P.O. Box 1351 Wilmington DE 19899 | JPowell@delawarefirm.com | First Class Mail and Email |
| Top 20 Creditor | Goodspeed Distributing Inc. | Attn: Customer Service 11211 G Avenue Hesperia CA 92340 | molycorp@goodspeednet.com | First Class Mail and Email |

Molycorp Minerals, LLC, et al.
Case No. 15-11371 (CSS)

Page 1 of 4

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Creditor | Goodwest Linings & Coatings, I | Attn: Patricia Sears<br>8814 Industrial Lane<br>Rancho Cucamonga CA 91730 | psears@goodwestlining.com | First Class Mail and Email |
| Counsel for Bond Safeguard Insurance Co., Lexon Insurance Co. and Ironshore Indemnity, Inc. | Harris Beach PLLC | Attn: Kelly C. Griffith, Esq. & Wendy A. Kinsella, Esq.<br>333 West Washington Street<br>Suite 200<br>Syracuse NY 13202 | kgriffith@harrisbeach.com<br>bkemail@harrisbeach.com | First Class Mail and Email |
| Internal Revenue Service | Internal Revenue Service | Attn: District and Regional Directors<br>844 King Street<br>Wilmington DE 19801 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | 2970 Market Street<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to Debtors | Jones Day | Attn: Joseph Tiller, Esq.<br>77 West Wacker<br>Chicago IL 60601 | jtiller@jonesday.com | Email |
| Counsel to Debtors | Jones Day | Attn: Paul D. Leake & George R. Howard<br>250 Vesey Street<br>New York NY 10281-1047 | grhoward@jonesday.com | Email |
| Top 20 Creditor | Komatsu Equipment Co. | Attn: Ken Nelson<br>1486 Distribution Drive<br>Salt Lake City UT 84104-4751 | kennethn@komatsueq.com | First Class Mail and Email |
| Counsel to Certain Holders of the Molycorp, Inc. 10% Senior Secured Notes (the "Senior Noteholders") | Kramer Levin Naftalis & Frankel LLP | Attn: Thomas Moers Mayer, Gregory A. Horowitz & Joshua K. Brody<br>1177 Avenue of the Americas<br>New York NY 10036 | tmayer@kramerlevin.com<br>ghorowitz@kramerlevin.com<br>jbrody@kramerlevin.com | First Class Mail and Email |
| Counsel to the United Steelworkers | Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman, Esq.<br>919 N. Market Street, Suite 460<br>Wilmington DE 19801 | skaufman@skaufmanlaw.com | First Class Mail and Email |
| Top 20 Creditor | Lignotech USA Inc. | Attn: Customer Service<br>100 Grand Avenue<br>Rothschild WI 54474 | customer@ltus.com | First Class Mail and Email |
| Counsel to Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney& Carpenter, LLP | Attn: Gary D. Bressler, Esq.<br>300 Delaware Ave<br>Suite 770<br>Wilmington DE 19801 | gbressler@mdmc-law.com | First Class Mail and Email |
| Counsel to Administrative Agent and First Priority Collateral Agent under Molycorp, Inc. Credit Agreement and Magnequench Credit Agreement | Milbank, Tweed, Hadley & McCoy LLP | Attn: Eric Reimer, Esq.<br>601 South Figueroa Street<br>Suite 3000<br>Los Angeles CA 90017 | ereimer@milbank.com | First Class Mail and Email |
| Counsel to UMB Bank, National Association, as successor Indenture Trustee for the benefit of the holders of the 10% Senior Secured Notes due June 1, 2020 | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: William W. Kannel, Esq. & Ian A. Hammel, Esq.<br>One Financial Center<br>Boston MA 02111- | wkannel@mintz.com<br>ihammel@mintz.com | Email |
| Counsel to Total-Western, Inc. ("TWI") | Mirick, O'Connell, DeMallie & Lougee, LLP | Kate P. Foley & Christine E. Devine, BBO<br>1800 West Park Drive, Suite 400<br>Westborough MA 01581 | kfoley@mirickoconnell.com<br>cdevine@mirickoconnell.com | First Class Mail and Email |
| Debtors | Molycorp, Inc. | Attn: Kevin Johnson, Esq., General Counsel<br>Plaza Tower One, Suite 1610<br>Greenwood Village CO 80111 | kevin.johnson@molycorp.com | Email |
| Top 20 Creditor | MP Environmental Services | Attn: Mark Fisk<br>3400 Manor Street<br>Bakersfield CA 93380 | fisk747@frontiernet.net | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Securities & Exchange Commission | New York Regional Office | Attn: Andrew S. Calamari<br>Brookfield Place<br>200 Vesey St., Suite 400<br>New York NY 10281 | | First Class Mail |
| Top 20 Creditor | NNR Global Logistics USA Inc. | Attn: Eddie Calzada<br>22023 S. Main Street<br>Unit D<br>Carson CA 90745 | calzada@nnrusa.com | First Class Mail and Email |
| Administrative Agent and First Priority Collateral Agent under Molycorp, Inc. Credit Agreement and Magnequench Credit Agreement | OCM MLYCo CTB Ltd | Attn: Brook Hinchman<br>c/o Oaktree Capital Management, L.P.<br>333 South Grand Avenue, 28th Floor<br>Los Angeles CA 90071 | bhinchman@oaktreecapital.com | First Class Mail and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: David Buchbinder & Linda Casey<br>844 King St., Ste. 2207<br>Lockbox 35<br>Wilmington DE 19801 | David.L.Buchbinder@UST.DOJ.GOV<br>Linda.Casey@usdoj.gov | First Class Mail and Email |
| Counsel to Certain Holders of the Molycorp, Inc. 10% Senior Secured Notes (the "Senior Noteholders") | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones, James E. O'Neill & Colin R. Robinson<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington DE 19899 | ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>crobinson@pszjlaw.com | First Class Mail and Email |
| Official Committee of Unsecured Creditors of Molycorp, Inc., et al. | Paul Hastings LLP | Luc A. Despins, Esq., Michael E. Comerford, Esq. & John J. Ramirez, Esq.<br>200 Park Avenue<br>New York NY 10166 | lucdespins@paulhastings.com<br>michaelcomerford@paulhastings.com | First Class Mail and Email |
| Top 20 Creditor | Pronto Constructors | Attn: Glenn Youngs<br>P.O. Box 60848<br>Boulder City CO 89006 | gyoungs@pronto1.com | First Class Mail and Email |
| Counsel to Wells Fargo Bank, National Association, as indenture trustee and collateral agent | Reed Smith LLP | Attn: Eric A. Schaffer, Esq. & Luke A. Sizemore, Esq.<br>225 Fifth Avenue<br>Suite 1200<br>Pittsburgh PA 15222 | eschaffer@reedsmith.com<br>lsizemore@reedsmith.com | First Class Mail and Email |
| Counsel to Wells Fargo Bank, National Association, as indenture trustee and collateral agent | Reed Smith LLP | Attn: Kurt F. Gwynne, Esq. & J. Cory Falgowski, Esquire<br>1201 N. Market Street<br>Suite 1500<br>Wilmington DE 19801 | kgwynne@reedsmith.com<br>jfalgowski@reedsmith.com | First Class Mail and Email |
| Counsel to EDF Energy Services | Reed Smith LLP | Attn: Paul Turner<br>811 Main Street<br>Suite 1700<br>Houston TX 77002-6110 | pturner@reedsmith.com | First Class Mail and Email |
| Counsel to County of San Bernardino, California | Ringstad & Sanders LLP | Attn: Todd C. Ringstad, Esq., Christopher A. Minier, Esq.<br>2030 Main Street<br>Suite 1600<br>Irvine CA 92614 | todd@ringstadlaw.com<br>cminier@ringstadlaw.com | Email |
| Counsel to the Delaware Trust Company | Ropes Gray | Attn: Mark Somerstein<br>1211 Avenue of the Americas<br>New York NY 10036 | Mark.Somerstein@ropesgray.com | First Class Mail and Email |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F Street, NE<br>Washington DC 20549 | | First Class Mail |
| Top 20 Creditor | Solar Turbines Inc. | Attn: Eric Reasons<br>600 East Crescent Avenue, Suite 305<br>Upper Saddle River NJ 07458 | | First Class Mail |

Molycorp Minerals, LLC, et al.
Case No. 15-11371 (CSS)

Page 3 of 4

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to County of San Bernardino, California | Stevens & Lee, P.C. | Attn: Joseph H. Huston, Jr. 919 North Market Street, Suite 1300 Wilmington DE 19801 | jhh@stevenslee.com | Email |
| Top 20 Creditor | The Penta Building Group, LP | Attn: Steve Lobel 181 E Warm Springs Rd. Las Vegas NV 89119 | tdishon@pentabldggroup.com slobel@pentabldggroup.com | First Class Mail and Email |
| Top 20 Creditor | Thrope Plant Services, Inc. | Attn: Keith Wilson 228 W. Industrial Park Road Harrison AR 72601 | Keith.wilson@thorpepme.com | First Class Mail and Email |
| Top 20 Creditor | TIC – The Industrial Company | Attn: Wes Dearmore & Greg Bullock P.O. Box 842556 Dallas TX 75284 | wes.dearmore@ticus.com Greg.bullock@ticus.com | First Class Mail and Email |
| Top 20 Creditor | Total Western, Inc. | Attn: Bret Druesne 8049 Somerset Blvd. Paramount CA 90723 | Bret.druesne@twimail.com | First Class Mail and Email |
| Top 20 Creditor | Tronox Alkali Wyonming Corporation | Attn: Lance Adelsberger 1735 Market Street Philadelphia PA 19103 | Lance.adelsberger@tronox.com | First Class Mail and Email |
| Assistant United States Attorney | U.S. Attorney's Office | Attn: Ellen W. Slights, Esquire 1007 Orange Street, Suite 700 P.O. Box 2046 Wilmington DE 19899-2046 | ellen.slights@usdoj.gov | First Class Mail and Email |
| Counsel to United States of America through the Department of the Interior and the Department of Defense, parties in interest in the above-captioned Chapter 11 case | United States Department of Justice Commercial Litigation Branch | Attn: Ruth Harvey, Margaret M. Newell & David H. Decelles Commercial Litigation Branch, Civil Division 1100 L Street, NW Washington DC 20530 | david.h.decelles@usdoj.gov | Email |
| Counsel to United Steelworkers | United Steelworkers | Attn: David R. Jury, Esquire, Associate General Counsel Five Gateway Center Room 807 Pittsburgh PA 15222 | djury@usw.org | First Class Mail and Email |
| Top 20 Creditor | Veolia Water North America | Attn: Gregory Wilber 4760 World Houston Pkwy Houston TX 77032 | | First Class Mail |
| Trustee for each of the 2016, 2017 and 2018 Convertible Notes; Top 40 Creditor | Wells Fargo, National Association | Attn: Corporate Trust Services 230 West Monroe Street Suite 2900 Chicago IL 60606 | john.brinker@veolia.com | First Class Mail and Email |
| Trustee to Senior Secured 10% Notes | Wells Fargo, National Association | Attn: Thomas M. Korsman 625 Marquette Avenue, 16th Floor MAC: N9311-161 Minneapolis MN 55402 | thomas.m.korsman@wellsfargo.com julius.r.zamora@wellsfargo.com | First Class Mail and Email |
| Counsel for Wilmington Savings Fund, as indenture trustee for the Debtors' unsecured notes | Wilmington Savings Fund | Attn: Patrick Healy 500 Delaware Ave, 11th Floor P.O. Box 957 Wilmington DE 19899 | phealy@wsfsbank.com | First Class Mail and Email |
| Counsel to Debtors | Young Conaway Stargatt & Taylor LLP | Attn: M. Blake Cleary, Edmon L. Morton, Justin H. Rucki & Ashley E. Jacobs Rodney Square 1000 North King Street Wilmington DE 19801 | emorton@ycst.com jrucki@ycst.com | Email |

Molycorp Minerals, LLC, et al.
Case No. 15-11371 (CSS)

Page 4 of 4