IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOLYCORP MINERALS, LLC., *et al.*,[1] | : | Case No. 15-11371 (CSS) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Hearing Date: November 21, 2016 at 11:00 a.m. (ET)** |
| | : | **Obj. Deadline: November 14, 2016 at 4:00 p.m. (ET)** |

---------------------------------------------------------x

NOTICE OF MOTION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY
CODE SECTIONS 105(A) AND 363 AND BANKRUPTCY RULES 2002 AND 6004(h)
AUTHORIZING AND APPROVING PROCEDURES FOR THE SALE OF
SURPLUS ASSETS AND REMAINING INVENTORY FREE AND CLEAR
OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES
AND GRANTING CERTAIN RELATED RELIEF

**PLEASE TAKE NOTICE** that Paul E. Harner, the appointed chapter 11 trustee (the "Trustee") in the above-captioned chapter 11 cases of Molycorp Minerals, LLC, *et al.* (collectively, the "Minerals Debtors"), has filed with the United States Bankruptcy Court for the District of Delaware the *Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 105(a) and 363 and Bankruptcy Rules 2002 and 6004(h) Authorizing and Approving Procedures for the Sale of Surplus Assets and Remaining Inventory Free and Clear of Liens, Claims, Interests and Encumbrances and Granting Certain Related Relief* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion shall be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 **on or before 4:00 p.m. (prevailing Eastern Time) on November 14, 2016** (the "Objection Deadline").

---

[1] The Debtors are the following 6 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Molycorp Minerals, LLC (4170); Industrial Minerals, LLC; Molycorp Advanced Water Technologies, LLC (1628); PP IV Mountain Pass, Inc. (1205); PP IV Mountain Pass II, Inc. (5361); and RCF IV Speedwagon Inc. (0845).

DMEAST #27411043 v1

At the same time, you must also serve a copy of the objection or response, so as to be received on or before the Objection Deadline, upon counsel to the Trustee at Ballard Spahr LLP, 919 N. Market Street, 11th Floor, Wilmington, DE 19801 (Attn: Tobey M. Daluz, Esquire).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **November 21, 2016 at 11:00 a.m. (prevailing Eastern Standard Time)** before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUIRED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 31, 2016
Wilmington, Delaware

*/s/ Laurel D. Roglen*
Tobey M. Daluz (DE No. 3939)
Matthew G. Summers (DE No. 5533)
Leslie C. Heilman (DE No. 4716)
Laurel D. Roglen (DE No. 5759)
BALLARD SPAHR LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone:  (302) 252-4465
Facsimile:  (302) 252-4466
E-mail:  daluzt@ballardspahr.com
          summersm@ballardspahr.com
          heilmanl@ballardspahr.com
          roglenl@ballardspahr.com

and

Vincent J. Marriott III
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Telephone: (215) 864-8236
Facsimile:  (215) 864-9762
E-mail: marriott@ballardspahr.com

*Counsel to the Chapter 11 Trustee*

2