# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Molycorp Minerals, LLC
Plaza Tower One
6400 S. Fiddlers Green Circle
Suite 1610
Greenwood Village, CO 80111
 **EIN:** 26–2814170

**Chapter:** 11

*Case No.*: 15–11371–CSS

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 7/26/16 was filed on 11/7/16 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 11/28/16 .

If a request for redaction is filed, the redacted transcript is due 12/8/16 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 2/6/17 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

_Una O'Boyle_
Una O'Boyle, Clerk of Court

Date: 11/7/16

(ntc)