# Notice Recipients

District/Off: 0311−1      User: LeslieM      Date Created: 11/7/2016
Case: 15−11371−CSS      Form ID: ntcBK      Total: 12

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| tr | Paul E. Harner | harnerp@ballardspahr.com |
| aty | David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Laurel D. Roglen | roglenl@ballardspahr.com |
| aty | Leslie C. Heilman | heilmanl@ballardspahr.com |
| aty | M. Blake Cleary | bankfilings@ycst.com |
| aty | Matthew Summers | summersm@ballardspahr.com |
| aty | Tobey M. Daluz | daluzt@ballardspahr.com |
| aty | Vincent J. Marriott, III | marriott@ballardspahr.com |

                                          TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | | |
|---|---|---|---|---|---|---|
| db | Molycorp Minerals, LLC | Plaza Tower One | 6400 S. Fiddlers Green Circle | Suite 1610 | Greenwood Village, CO 80111 | |
| aty | Dawn A Messick | Ballard Spahr LLP | 655 West Broadway | Suite 1600 | San Diego, CA 92101 | |

                                            TOTAL: 2