IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              :     Chapter 11
                                                    :
MOLYCORP MINERALS, LLC, *et al.*,[1]                :     Case No. 15-11371 (CSS)
                                                    :     (Jointly Administered)
             Debtors.                               :
                                                    :     **Re Docket No. 198**
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL RELATED TO DOCKET NO. 198

**PLEASE TAKE NOTICE** that the *Motion of Paul E. Harner, Chapter 11 Trustee, for an Order (I)(A) Authorizing the Sale Free and Clear of All Liens, Claims and Encumbrances of The Mountain Pass Mine and Certain Related Assets, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale; and (II)(A) Approving Bidding Procedures, (B) Approving a Breakup Fee Payable to the Stalking Horse Bidder, (C) Scheduling the Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (E) Granting Related Relief* [D.I. 198]. is hereby withdrawn *without prejudice*.

*[Remainder of Page Intentionally Left Blank.]*

---

[1] The Minerals Debtors are the following 6 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Molycorp Minerals, LLC (4170); Industrial Minerals, LLC; Molycorp Advanced Water Technologies, LLC (1628); PP IV Mountain Pass, Inc. (1205); PP IV Mountain Pass II, Inc. (5361); and RCF IV Speedwagon Inc. (0845).

Dated: February 22, 2017
       Wilmington, Delaware

Respectfully submitted,

*/s/ Tobey M. Daluz*
Tobey M. Daluz (DE No. 3939)
Matthew G. Summers (DE No. 5533)
Leslie C. Heilman (DE No. 4716)
Laurel D. Roglen (DE No. 5759)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4428
Facsimile:  (302) 252-4466
E-mail: daluzt@ballardspahr.com
       summersm@ballardspahr.com
       heilmanl@ballardspahr.com
       roglenl@ballardspahr.com

    and

Vincent J. Marriott, III*
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 864-8236
Facsimile: (215) 864-9762
E-mail: marriott@ballardspahr.com
(*Admitted *Pro Hac Vice*)

*Counsel to the Chapter 11 Trustee*