**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MOLYCORP MINERALS, LLC, *et al.*,[1] ) | Case No. 15-11371 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON FEBRUARY 27, 2017 AT 11:00 A.M.**

**AS NO MATTERS ARE SCHEDULED TO GO FORWARD,
THE HEARING HAS BEEN CANCELLED
WITH THE PERMISSION OF THE COURT**

**CONTESTED MATTERS**

1. Motion of Paul E. Harner, Chapter 11 Trustee, for an Order (I)(A) Authorizing the Sale Free and Clear of All Liens, Claims and Encumbrances of The Mountain Pass Mine and Certain Related Assets, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale; and (II)(A) Approving Bidding Procedures, (B) Approving a Breakup Fee Payable to the Stalking Horse Bidder, (C) Scheduling the Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (E) Granting Related Relief (Docket No. 198, Filed:  1/31/2017)

   Response Deadline:  February 17, 2017 at 4:00 p.m.  Deadline extended by agreement to Wednesday, February 22, 2017 at 4:00 p.m. for the following parties:  Ad Hoc 10% Noteholders; Secure Natural Resources, LLC; Wells Fargo Bank, National Association, as Indenture Trustee and Collateral Agent; Lexon Insurance Company; Bond Safeguard Insurance Company; Ironshore Indemnity, Inc. and Westchester Fire Insurance Company.  Also extended by agreement to Friday, February 24, 2017 for OCM MLYCo CTB Ltd.

   Related Pleadings:

   a. Certification of Counsel Regarding Filing of Executed Term Sheet (Docket No. 201, Filed:  2/6/2017)

   b. Notice of Withdrawal Related to Docket No. 198 (Docket No. 210) (Filed:  2/22/2017)

---

[1] The Debtors are the following 6 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Molycorp Minerals, LLC (4170); Industrial Minerals, LLC; Molycorp Advanced Water Technologies, LLC (1628); PP IV Mountain Pass, Inc. (1205); PP IV Mountain Pass II, Inc. (5361); and RCF IV Speedwagon Inc. (0845).

Responses Received:

a. Limited Objection and Reservation of Rights by Total-Western, Inc. to Motion of Paul E. Harner, Chapter 11 Trustee, for an Order (I)(A) Authorizing the Sale Free and Clear of All Liens, Claims and Encumbrances of the Mountain Pass Mine and Certain Related Assets, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale; and (II)(A) Approving Bidding Procedures, (B) Approving a Breakup Fee Payable to Stalking Horse Bidder, (C) Scheduling the Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (E) Granting Related Relief (Docket No. 204, Filed:  2/17/2017)

b. Limited Objection and Reservation of Rights by the Penta Building Group to Motion of Paul E. Harner, Chapter 11 Trustee, for an Order (I)(A) Authorizing the Sale Free and Clear of All Liens, Claims and Encumbrances of the Mountain Pass Mine and Certain Related Assets, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale; and (II)(A) Approving Bidding Procedures, (B) Approving a Breakup Fee Payable to Stalking Horse Bidder, (C) Scheduling the Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (E) Granting Related Relief (Docket No. 205, Filed:  2/17/2017)

c. Joinder of GSL Electric, Inc. to Limited Objections and Reservation of Rights of Total-Western, Inc. and the Penta Building Group to Motion of Paul E. Harner, Chapter 11 Trustee, for an Order (I)(A) Authorizing the Sale Free and Clear of All Liens, Claims and Encumbrances of the Mountain Pass Mine and Certain Related Assets, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale; and (II)(A) Approving Bidding Procedures, (B) Approving a Breakup Fee Payable to Stalking Horse Bidder, (C) Scheduling the Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (E) Granting Related Relief (Docket No. 206, Filed:  2/17/2017)

Status:  The Sale Motion has been withdrawn.  The hearing has been cancelled with the permission of the Court

| | |
|---|---|
| Dated: February 23, 2017<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Tobey M. Daluz*<br>Tobey M. Daluz (DE No. 3939)<br>Matthew G. Summers (DE No. 5533)<br>Leslie C. Heilman (DE No. 4716)<br>Laurel D. Roglen (DE No. 5759)<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4428<br>Facsimile:  (302) 252-4466<br>E-mail: daluzt@ballardspahr.com<br>　　　　summersm@ballardspahr.com<br>　　　　heilmanl@ballardspahr.com<br>　　　　roglenl@ballardspahr.com<br><br>　　　　and<br><br>Vincent J. Marriott, III*<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 864-8236<br>Facsimile: (215) 864-9762<br>E-mail: marriott@ballardspahr.com<br>(*Admitted *Pro Hac Vice*)<br><br>*Counsel to the Chapter 11 Trustee* |