**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------------x
```
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MOLYCORP MINERALS, LLC., *et al.,*[1] | : | Case No. 15-11371 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
```
-------------------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JUNE 23, 2017 AT 2:00 P.M.**

**MATTERS GOING FORWARD**

1.     Motion of Paul E. Harner, Chapter 11 Trustee, for an Order (I)(A) Authorizing the Sale Free and Clear of All Liens, Claims and Encumbrances of the Minerals Debtors' Business and Certain Related Assets, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale; and (II)(A) Approving Bidding Procedures, (B) Approving an Expense Reimbursement Payable to the Stalking Horse Bidder, (C) Scheduling the Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (E) Granting Related Relief (Filed: 04/24/2017) (Docket No. 253)

Response Deadline:    June 9, 2017 at 4:00 p.m. (extended to June 13, 2017 at 4 p.m. for the United States); Supplemental Objections due by June 19, 2017 at 4:00 p.m. (extended to June 20, 2017 at 4:00 p.m. for the United States)

Responses Received:

a.     Initial Objection of Union Pacific Railroad Company to the Trustee's Notice of Intent to Potentially Assume and Assign Certain Executory Contracts and Unexpired Leases (Filed: 6/2/2017) (Docket No. 322)

b.     Limited Objection [of Westchester Fire Insurance Company] to the Trustee's Motion for an Order Authorizing the Sale Free and Clear of All Liens, Claims and Encumbrances of the Minerals Debtors' Business and Certain Related Assets, Among Other Relief (Filed 6/9/2017) (Docket No. 324)

c.     Limited Objection and Reservation of Rights by Total-Western, Inc. to Motion of Paul E. Harner, Chapter 11 Trustee, for an Order (I)(A) Authorizing the Sale Free and Clear of All Liens, Claims and Encumbrances of the Minerals Debtors Business and Certain Related

---

[1]  The Debtors are the following 6 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Molycorp Minerals, LLC (4170); Industrial Minerals, LLC; Molycorp Advanced Water Technologies, LLC (1628); PP IV Mountain Pass, Inc. (1205); PP IV Mountain Pass II, Inc. (5361); and RCF IV Speedwagon Inc. (0845).

Assets, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale; and (II)(A) Approving Bidding Procedures, (B) Approving an Expense Reimbursement Payable to the Stalking Horse Bidder, (C) Scheduling the Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (E) Granting Related Relief (Filed: 6/9/2017) (Docket No. 325)

d.   Limited Objection and Reservation of Rights of The PENTA Building Group to Motion of Paul E. Harner, Chapter 11 Trustee, for an Order (I)(A) Authorizing the Sale Free and Clear of All Liens, Claims and Encumbrances of the Minerals Debtors' Business and Certain Related Assets, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale; and (II)(A) Approving Bidding Procedures, (B) Approving an Expense Reimbursement Payable to the Stalking Horse Bidder, (C) Scheduling the Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (E) Granting Related Relief (Filed: 6/9/2017) (Docket No. 326)

e.   Joinder of GSL Electric, Inc. to Limited Objections and Reservation of Rights of Total-Western, Inc. and The PENTA Building Group to Motion of Paul E. Harner, Chapter 11 Trustee, for an Order (I)(A) Authorizing the Sale Free and Clear of All Liens, Claims and Encumbrances of the Minerals Debtors Business and Certain Related Assets, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale; and (II)(A) Approving Bidding Procedures, (B) Approving an Expense Reimbursement Payable to the Stalking Horse Bidder, (C) Scheduling the Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (E) Granting Related Relief (Filed: (6/9/2017) (Docket No. 327)

f.   Reservation of Rights of Secure Natural Resources LLC With Respect to Motion of Paul E. Harner, Chapter 11 Trustee, for an Order (I)(A) Authorizing the Sale Free and Clear of All Liens, Claims and Encumbrances of the Minerals Debtors Business and Certain Related Assets, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale; and (II)(A) Approving Bidding Procedures, (B) Approving an Expense Reimbursement Payable to The Stalking Horse Bidder, (C) Scheduling the Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (E) Granting Related Relief (Filed: 6/9/2017) (Docket No. 329)

g.   United States' Limited Objection to Sale Motion (Filed 6/13/17) (Docket No. 331)

h.   Emergency Motion of the Stalking Horse Bidder to Enforce Bidding Procedures Order (Filed: 6/13/2017) (Docket No. 333)

i.    Motion for an Order Shortening Notice for the Emergency Motion of the Stalking Horse Bidder to Enforce Bidding Procedures Order (Filed: 6/13/2017) (Docket No. 334)

j.    Notice of Corrected Exhibits to Emergency Motion of the Stalking Horse Bidder to Enforce Bidding Procedures Order (Filed: 6/13/2017) (Docket No. 335)

k.    Stalking Horse Bidder's Statement in Response to Results of Auction and Notice of Selection of Successful Bidder and Next Highest Bidder (Filed: 6/19/2017) (Docket No. 338)

l.    Reservation of Rights [of Ironshore Indemnity, Inc., Lexon Insurance Co. and Bond Safeguard Insurance Co.] Regarding Motion of Paul E. Harner, Chapter 11 Trustee, for an Order (I)(A) Authorizing the Sale Free and Clear of All Liens, Claims and Encumbrances of the Minerals Debtors' Business and Certain Related Assets, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale; and (II)(A) Approving Bidding Procedures, (B) Approving an Expense Reimbursement Payable to the Stalking Horse Bidder, (C) Scheduling the Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (E) Granting Related Relief (Filed: 6/19/2017) (Docket No. 339)

m.    Reservation of Rights of Neo Performance Materials with Respect to Sale to MP Mine Operations LLC (Filed: 6/19/2017) (Docket No. 340)

n.    Supplemental Limited Objection and Reservation of Rights of Westchester Fire Insurance Company to the Selection od MP Mine Operations LLC and the Successful Bidder, and ERP Strategic Minerals, LLP as the Next Highest Bidder (Filed: 6/19/2017) (Docket No. 341)

Related Documents:

a.    Statement of the County of San Bernardino, California, on the Motion of Paul E. Harner, Chapter 11 Trustee, for an Order (I) Authorizing the Sale Free and Clear of All Liens, Claims, and Encumbrances of the Minerals Debtors Business and Certain Related Assets and (II) Approving Bidding Procedures (Filed: 5/12/2017) (Docket No. 291)

b.    Order (A) Approving Bidding Procedures for the Sale of the Minerals Debtors' Business and Certain Related Assets, (B) Approving an Expense Reimbursement Payable to the Stalking Horse Bidder, (C) Scheduling the Auction and Sale Hearings, (D) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (E) Granting Related Relief (Filed: 5/15/2017) (Docket No. 296)

c.    Affidavit of Service of Hassan Alli-Balogun Regarding Notice of Sale and Solicitation of Bids to Purchase Certain of the Minerals Debtors' Assets and Terms and Conditions Related to Bidding Procedures and Notice of

Intent to Potentially Assume and Assign Certain Executory Contracts and Unexpired Leases (Filed: 5/24/2017) (Docket No. 310)

d.  Certificate of Publication of Justin J. Ra Regarding Notice of Sale and Solicitation of Bids to Purchase Certain of the Minerals Debtors' Assets and Terms and Conditions Related to Bidding Procedures (Filed: 5/24/2017) (Docket No. 311)

e.  Order Denying Motion for an Order Shortening Notice for the Emergency Motion of the Stalking Horse Bidder to Enforce Bidding Procedures Order (Filed: 6/13/2017) (Docket No. 336)

f.  Notice of Selection of Successful Bidder and Next Highest Bidder (Filed: 6/15/2017) (Docket No. 337)

g.  Notice of Filing of Purchase Agreement with Exhibits and Schedules (Filed: 6/19/2017) (Docket No. 342)

Status:  This matter will be going forward.

Dated: June 21 2017
Wilmington, Delaware

/s/ Laurel D. Roglen
Tobey M. Daluz (No. 3939)
Matthew G. Summers (No. 5533)
Leslie C. Heilman (No. 4716)
Laurel D. Roglen (No. 5759)
BALLARD SPAHR LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone:  (302) 252-4465
Facsimile:  (302) 252-4466
E-mail:  daluzt@ballardspahr.com
         summersm@ballardspahr.com
         heilmanl@ballardspahr.com
         roglenl@ballardspahr.com

and

Vincent J. Marriott, III*
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Telephone: (215) 864-8236
Facsimile:  (215) 864-9762
E-mail: marriott@ballardspahr.com
(*Admitted Pro Hac Vice)

Counsel for Paul E. Harner as Chapter 11 Trustee