# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MOLYCORP MINERALS, LLC, *et al.*,[1] | Case No. 15-11371 (CSS) |
| Debtors. | (Substantively Consolidated) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON MAY 18, 2020 AT 11:00 A.M. (ET)[2]

### UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION OR CERTIFICATION OF COUNSEL

1. Chapter 11 Trustee's Motion for Entry of a Final Decree Closing the Chapter 11 Cases of Molycorp Minerals, LLC and Certain Affiliated Debtors and Granting Related Relief (Filed: 03/09/2020) [Docket No. 631]

    Related Documents:

    a. Chapter 11 Trustee's Final Report in Chapter 11 Cases [05/14/2020 [Docket No. 644]

    b. Certificate of No Objection to Motion For Entry of A Final Decree Closing The Chapter 11 Cases of Molycorp Minerals, LLC and Certain Affiliated Debtors and Granting Related Relief (Filed: 05/14/2020) [Docket No. 645]

    c. Proposed Order (Filed: 05/14/2020)

    Response Deadline:     March 23, 2020 at 4:00 p.m. (ET)

    Responses Received:    None.

---

[1] The following 6 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses) were the debtors in these cases and were substantively consolidated under the Plan: Molycorp Minerals, LLC (4170); Industrial Minerals, LLC; Molycorp Advanced Water Technologies, LLC (1628); PP IV Mountain Pass, Inc. (1205); PP IV Mountain Pass II, Inc. (5361); and RCF IV Speedwagon Inc. (0845).

[2] Please note that the telephonic hearing is before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801. Parties may arrange to participate by telephonic appearance in the hearing by notifying CourtCall by phone (866-582-6878) or by facsimile (866-533-2946) no later than 12:00 p.m. (ET) one business day prior to the hearing. Chambers (302-252-2888) must be contacted regarding any late requests for telephonic appearances.

<u>Status</u>: A certificate of no objection has been filed and, unless the Court has questions, no hearing is necessary.

Dated: May 14, 2020  
Wilmington, Delaware

*/s/ Matthew G. Summers*
Tobey M. Daluz (No. 3939)
Matthew G. Summers (No. 5533)
Leslie C. Heilman (No. 4716)
Laurel D. Roglen (No. 5759)
BALLARD SPAHR LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: daluzt@ballardspahr.com
      summersm@ballardspahr.com
      heilmanl@ballardspahr.com
      roglenl@ballardspahr.com

   and

Vincent J. Marriott, III*
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 864-8236
Facsimile: (215) 864-9762
E-mail: marriott@ballardspahr.com
(**Admitted Pro Hac Vice*)

*Counsel for Paul E. Harner as Chapter 11 Trustee*